THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CNG AUTO GROUP, INC. d/b/a TOP WHEELS; ELONTO R. HERNANDEZ COLON; and JULISSA M. FUENTES RIVERA, <br><br> Defendants. | CIVIL NO. 15-1824 <br><br> Breach of Contract, <br> Collection of Monies, <br> Repossession of Personal Property |

## INDEX OF ATTACHMENTS
## TO COMPLAINT

Exhibit 1 – Demand Promissory Note and Loan and Security Agreement

Exhibit 2 – Declaration Under Penalty of Perjury of Angel M. García Rodríguez

Exhibit 3 – P.R. Department of State's Secured Transactions Registry Form

Exhibit 4 – Receivable Detail Report