ESTADO LIBR~~~~~~~~
PUER
DEPARTAM~
Registro de Transacciones

NEXTGEAR CAPITAL, INC.
11799 N. COLLEGE AVE.
CARMEL, IN 46032

Núm Registro (File #): 2014004176

**DECLARACIÓN DE FIN**
SIGA INSTRUCCIONES/ FOLLO:

A. NOMBRE Y NÚMERO DE CONTACTO (opcional) / NAME & PHONE OF CONTACT AT FILER (optional)

B. CORREO ELECTRÓNICO DE CONTACTO (opcional) / E-MAIL CONTACT AT FILER (optional)

(Name and Address)

CT Lien Solutions  PR
P.O. Box 29071       4439O181
Glendale, CA 91209-9071

DEPARTAMENTO DE ESTADO
AUG 14 2014
SECCION DE CORRESPONDENCIA

EL ESPACIO ARRIBA ES PARA USO DEL OFICIAL DE REGISTRO
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. NOMBRE DEL DEUDOR / DEBTOR'S NAME: Provea sólo un nombre de Deudor (1a o 1b) (use el nombre completo y exacto, no omita, modifique o abrevie ningún componente del nombre); si algún aparte del nombre del Deudor no cabe en la línea 1b, déjela en blanco, marque aquí ☐ y provea la información del Deudor individual en el renglón 10 del Anejo a la Declaración de Financiamiento (Forma UCC1AdPR) / Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR)

| 1a. NOMBRE DE LA ENTIDAD / ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| CNG Auto Group, Inc. |  |  |  |
| 1b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | SEGUNDO NOMBRE / ADDITIONAL NAME | SUFIJO / SUFFIX |
| 1c. DIRECCIÓN POSTAL / MAILING ADDRESS | CIUDAD / CITY | ESTADO / STATE   CÓDIGO POSTAL / POSTAL CODE | PAÍS / COUNTRY |
| Bo. Buena Vista Carr. 167 KM 15.3 | Bayamon | PR    00956 | USA |

2. NOMBRE DEL DEUDOR/ DEBTOR'S NAME: Provea sólo un Deudor adicional (2a o 2b) (Use el nombre completo y exacto; no omita, modifique o abrevie ninguna parte del nombre). Si cualquier parte de un nombre no cupiera en la 2b, deje toda la sección 2 en blanco, marque aquí ☐ y provea el nombre completo en el renglón 10 en el Anejo de la Declaración de Financiamiento (Forma UCC1AdPR) / Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AdPR)

| 2a. NOMBRE DE LA ENTIDAD / ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| Top Wheels |  |  |  |
| 2b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | SEGUNDO NOMBRE / ADDITIONAL NAME | SUFIJO / SUFFIX |
| 2c. DIRECCIÓN / MAILING ADDRESS | CIUDAD / CITY | ESTADO / STATE   CÓDIGO POSTAL / POSTAL CODE | PAÍS / COUNTRY |
| Bo. Buena Vista Carr. 167 KM 15.3 | Bayamon | PR    00956 | USA |

3. NOMBRE DEL ACREEDOR GARANTIZADO (o NOMBRE DE CESIONARIO): Provea solo un nombre de Acreedor Garantizado (3a o 3b)
SECURED PARTY'S NAME (or NAME of ASSIGNEE): Provide only one Secured Party name (3a or 3b)

| 3a. NOMBRE DE LA ENTIDAD / ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| NEXTGEAR CAPITAL, INC. |  |  |  |
| 3b. APELLIDO / INDIVIDUAL'S SURNAME | NOMBRE / FIRST PERSONAL NAME | SEGUNDO NOMBRE / ADDITIONAL NAME | SUFIJO / SUFFIX |
| 3c. DIRECCIÓN POSAL / MAILING ADDRESS | CIUDAD / CITY | ESTADO / STATE   CÓDIGO POSTAL / POSTAL CODE | PAÍS / COUNTRY |
| 11799 N. COLLEGE AVE. | CARMEL | IN     46032 | USA |

4. COLATERAL: Esta declaración de financiamiento cubre la siguiente colateral: / COLLATERAL: This financing statement covers the following collateral:

All Debtors assets and properties wherever located, including without limitation all equipment of any kind or nature, all vehicles, vehicle parts and inventory now owned or hereafter acquired, without limitation, purchase money inventory, the purchase of which was financed or floorplanned by NextGear Capital, Inc. for Debtor of whatever kind or nature, and all returns, repossessions, exchanges, substitutions, attachments, additions, accessions, accessories, replacements, and proceeds thereof; all accounts, accounts receivable, chattel paper, and general intangibles now owned or hereafter acquired by Debtor together with the proceeds thereof; all of Debtor's documents, books and records relating to the foregoing.

5. Marque solo si aplica y solo una opción: Colateral está ☐ en posesión de un Fideicomiso (véase UCC1AdPR, renglón 7 e instrucciones) ☐ administrado por Representante de un difunto     Check only if applicable and check only one box: Collateral is ☐ held in a Trust (See UCC1AdPR, Item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Marque solo si aplica y sola una alternativa / Check only if applicable and check only one box:
☐ Transacción de Financiamiento Público / Public-Finance Transaction
☐ Transacción de Casa Prefabricada / Manufactured-Home Transaction
☐ Un Deudor es una entidad transmisora / A Debtor is a Transmitting Utility

6b. Marque solo si aplica y solo una alternativa / Check only if applicable and check only one box:
☐ Gravamen Agrícola / Agricultural Lien
☐ Inscripción extraregistral Non-UCC Filing

7. DESIGNACIÓN ALTERNA (si aplica) / ALTERNATIVE DESIGNATION (if applicable):
☐ Arrendador/Arrendatario Lessee/Lessor  ☐ Consignatario/Consignador Consignee/Consignor  ☐ Vendedor/Comprador Seller/Buyer  ☐ Depositario/Fiador Bailee/Bailor  ☐ Concesionario/Concedente Licensee/Licensor

8. DATOS OPCIONALES DE REFERENCIA PARA EL SOLICITANTE / OPTIONAL FILER REFERENCE DATA:

COPIA OFICINA DE REGISTRO—DECLARACIÓN DE FINANCIAMIENTO (Forma UCC1PR) (Rev. 05/09/14)

| | |
|---|---|
| Batch Number: | 201408060133 |
| Debtor Name: | CNG Auto Group, Inc. |
| Issued To: | The DRS Imaging Group of Puerto Rico |
| Check Amount: | **$35.00** |
| County Code: | PR000 - 0 |
| Checks Printed: | 1/1 |

| | |
|---|---|
| Check Number: | 5545430 |
| Check Date: | 8/6/2014 |
| Order Number: | 44390181 |
| Print NTE: | N |
| NTE Amt: | 0.00 |
| Chk Amt: | 35.00 |

THIRTY-FIVE AND XX / 100       **$35.00**

**\*\*THIS CHECK SHOULD BE USED FOR THIS ORDER ONLY!\*\***