

# Receivable Detail Report

| | | | |
|---|---|---|---|
| Region | Not Selected | Market | Not Selected |
| Business | Top Wheels(84566) | Report Date | THU, 05/14/2015 03:50:46 PM |
| Exclude Default Dealers | False | Requested By | Janelle Smart |
| Exclude Account Level Charges | False | Include Comments | No |
| Dealer Finance Type | All | | |

## Customer Profile

| | |
|---|---|
| Name: | Top Wheels |
| Dealer Id: | 84566 |
| Address Line 1: | Bo. Buena Vista Carr. 167 KM 15.3 |
| Address Line 2: | |
| City, State, ZIP: | Bayamon, PR 00956 |
| Phone: | (787)799-6788 |
| Fax: | (787)998-6777 |

## Market Info & Account Profile

| | |
|---|---|
| Market: | Caribbean (305) |
| Market Phone: | (317)571-3737 |
| Finance Program: | Diamond |
| Dealer Status: | DL |
| Lot Audit: | Incomplete |
| Unapplied Funds: | $2.29 |
| Reserved Funds: | $.00 |

| Fee Type | Description | Amount Due | Date Incurred |
|---|---|---|---|
| | | $.00 | |

Total Account Charges for Top Wheels (84566)
$.00

| LOC Type | Approved Credit | Temp. Credit | Temp. Expiration | Total Credit: | Outstanding | Credit Available | Term Plan |
|---|---|---|---|---|---|---|---|
| Retail | $250,000.00 | $.00 | | $250,000.00 | $463,060.62 | $.00 | D60/30/30 -- F135/85/85 -- R4.5 -- C%5/5 |

Total Line of Credit for Top Wheels (84566)
| | | | | | |
|---|---|---|---|---|---|
| $250,000.00 | $.00 | | $250,000.00 | $463,060.62 | $.00 |

| Floor Date | Last Days Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Retail Inventory Detail for Top Wheels (84566)** | | | | | | | | | | | | | | | | | | |
| 10/02/14 | 224 04/13/15 | CUV | 2012 PORS CAYE | Gra | A01595 | 4 | FR | 05/01/15 | S | Manheim Caribbean Subasta De Auto (PRAA) | $46,400.00 | $35,903.44 | $.00 | $85.00 | $294.78 | $.00 | $65.00 | $36,348.22 |

| Floor Date | Days | Last Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/02/14 | 224 | 04/13/15 | STK | 2012 Merc C Cl | Whi | 607266 | 6 | FR | 05/01/15 | S | Manheim Caribbean Subasta De Auto (PRAA) | $24,350.00 | $18,841.58 | $.00 | $85.00 | $155.12 | $.00 | $65.00 | $19,146.70 |
| 10/09/14 | 217 | 04/13/15 | STK | 2010 FORD ESCA | Gra | B24611 | 8 | FR | 05/08/15 | S | Manheim Caribbean Subasta De Auto (PRAA) | $8,385.00 | $6,488.16 | $.00 | $13.42 | $53.30 | $.00 | $65.00 | $6,619.88 |
| 10/16/14 | 210 | 04/24/15 | STK | 2012 MERC SPRI | Whi | 636749 | 11 | FR | 05/15/15 | S | Manheim Caribbean Subasta De Auto (PRAA) | $32,020.00 | $24,776.47 | $.00 | $.00 | $144.55 | $.00 | $.00 | $24,921.02 |
| 10/20/14 | 206 | 04/24/15 | STK | 2013 Hyun Acce | Blu | 388867 | 12 | FR | 05/22/15 | B | Trade-In | $11,200.00 | $8,666.35 | $.00 | $85.00 | $51.48 | $.00 | $65.00 | $8,867.83 |
| 10/20/14 | 206 | 04/24/15 | STK | 2013 Niss Vers | Blu | 822250 | 14 | FR | 05/22/15 | B | Trade-In | $11,200.00 | $8,666.35 | $.00 | $85.00 | $51.48 | $.00 | $65.00 | $8,867.83 |
| 10/20/14 | 206 | 04/24/15 | STK | 2013 Niss Vers | Gra | 822212 | 15 | FR | 05/22/15 | B | Trade-In | $11,200.00 | $8,666.35 | $.00 | $85.00 | $51.48 | $.00 | $65.00 | $8,867.83 |
| 10/20/14 | 206 | 04/24/15 | STK | 2013 Niss Vers | Blu | 832081 | 16 | FR | 05/22/15 | B | Trade-In | $11,200.00 | $8,666.35 | $.00 | $85.00 | $51.48 | $.00 | $65.00 | $8,867.83 |
| 10/20/14 | 206 | 04/24/15 | STK | 2013 Niss Vers | Blu | 840027 | 17 | FR | 05/22/15 | B | Trade-In | $11,200.00 | $8,666.35 | $.00 | $85.00 | $51.48 | $.00 | $65.00 | $8,867.83 |
| 10/20/14 | 206 | 04/24/15 | STK | 2013 Niss Vers | Gra | 832140 | 18 | FR | 05/22/15 | B | Trade-In | $11,200.00 | $8,666.35 | $.00 | $85.00 | $51.48 | $.00 | $65.00 | $8,867.83 |
| 10/20/14 | 206 | 04/24/15 | STK | 2013 Ford Fies | Whi | 161404 | 19 | FR | 05/22/15 | B | Trade-In | $11,200.00 | $8,666.35 | $.00 | $85.00 | $51.48 | $.00 | $65.00 | $8,867.83 |
| 10/20/14 | 206 | 04/24/15 | STK | 2013 Ford Fies | Red | 161411 | 20 | FR | 05/22/15 | B | Trade-In | $11,200.00 | $8,666.35 | $.00 | $85.00 | $51.48 | $.00 | $65.00 | $8,867.83 |
| 10/20/14 | 206 | 04/24/15 | STK | 2013 Kia Fort | Sil | 716621 | 21 | FR | 05/22/15 | B | Trade-In | $11,300.00 | $8,743.72 | $.00 | $85.00 | $51.92 | $.00 | $65.00 | $8,945.64 |
| 10/20/14 | 206 | 04/24/15 | STK | 2013 Kia Fort | Gol | 716633 | 22 | FR | 05/22/15 | B | Trade-In | $11,300.00 | $8,743.72 | $.00 | $85.00 | $51.92 | $.00 | $65.00 | $8,945.64 |
| 10/20/14 | 206 | 04/24/15 | STK | 2013 Kia Fort | Blu | 716642 | 23 | FR | 05/22/15 | B | Trade-In | $11,300.00 | $8,743.72 | $.00 | $85.00 | $51.92 | $.00 | $65.00 | $8,945.64 |
| 11/20/14 | 175 | 04/24/15 | CUV | 2014 Toyo Yari | Red | 588986 | 26 | FR | 05/22/15 | S | Manheim Caribbean Subasta De Auto (PRAA) | $12,450.00 | $10,140.60 | $.00 | $85.00 | $60.06 | $.00 | $65.00 | $10,350.66 |
| 11/20/14 | 175 | 04/24/15 | STK | 2010 MINI COOP | Blu | U97622 | 27 | FR | 05/22/15 | S | Manheim Caribbean Subasta De Auto (PRAA) | $15,685.00 | $12,775.52 | $.00 | $85.00 | $75.44 | $.00 | $65.00 | $13,000.96 |
| 11/20/14 | 175 | 04/24/15 | AAU | 2008 Merc C Cl | Bla | 050483 | 28 | FR | 05/22/15 | S | Manheim Caribbean Subasta De Auto (PRAA) | $14,360.00 | $11,696.31 | $.00 | $85.00 | $69.14 | $.00 | $65.00 | $11,915.45 |
| 11/20/14 | 175 | 04/24/15 | STK | 2013 Hyun Velo | Ora | 149841 | 29 | FR | 05/22/15 | S | Manheim Caribbean Subasta De Auto (PRAA) | $15,820.00 | $12,885.49 | $.00 | $85.00 | $76.15 | $.00 | $65.00 | $13,111.64 |
| 11/20/14 | 175 | 04/24/15 | STK | 2003 HUMM H2 | Ora | 103121 | 31 | FR | 05/22/15 | S | Manheim Caribbean Subasta De Auto (PRAA) | $12,690.00 | $10,336.09 | $.00 | $85.00 | $61.26 | $.00 | $65.00 | $10,547.35 |
| 02/27/15 | 76 | | STK | 2013 Niss Fron | Red | 731930 | 32 | FR | 04/28/15 | S | Popular Auto | $23,100.00 | $23,100.00 | $.00 | $270.00 | $470.92 | $.00 | $83.00 | $23,923.92 |
| 02/27/15 | 76 | | STK | 2011 Ford Esca | Whi | B38063 | 37 | FR | 04/28/15 | S | Popular Auto | $12,500.00 | $12,500.00 | $.00 | $270.00 | $256.94 | $.00 | $83.00 | $13,109.94 |
| 02/27/15 | 76 | | STK | 2012 Toyo Yari | Gra | 419656 | 38 | FR | 04/28/15 | S | Popular Auto | $13,165.00 | $13,165.00 | $.00 | $270.00 | $270.36 | $.00 | $83.00 | $13,788.36 |
| 02/27/15 | 76 | | STK | 2013 Hyun Acce | Blu | 545696 | 43 | FR | 04/28/15 | S | Popular Auto | $11,500.00 | $11,500.00 | $.00 | $270.00 | $236.75 | $.00 | $83.00 | $12,089.75 |
| 02/27/15 | 76 | | AAU | 2012 Ford Fies | Unk | 123287 | 44 | FR | 04/28/15 | S | Popular Auto | $11,880.00 | $11,880.00 | $.00 | $270.00 | $244.42 | $.00 | $83.00 | $12,477.42 |
| 02/27/15 | 76 | | STK | 2011 Toyo FJ C | Whi | 010898 | 45 | FR | 04/28/15 | S | Popular Auto | $23,250.00 | $23,250.00 | $.00 | $270.00 | $473.95 | $.00 | $83.00 | $24,076.95 |
| 02/27/15 | 76 | | STK | 2009 Merc R Cl | Whi | 092468 | 46 | FR | 04/28/15 | S | Popular Auto | $17,500.00 | $17,500.00 | $.00 | $270.00 | $357.87 | $.00 | $83.00 | $18,210.87 |
| 02/27/15 | 76 | | AAU | 2014 Toyo Taco | Gra | 051359 | 47 | FR | 04/28/15 | S | Popular Auto | $29,920.00 | $29,920.00 | $.00 | $270.00 | $608.49 | $.00 | $83.00 | $30,881.49 |
| 02/27/15 | 76 | | STK | 2008 Merc S Cl | Whi | 205959 | 48 | FR | 04/28/15 | S | Popular Auto | $32,100.00 | $32,100.00 | $.00 | $270.00 | $652.60 | $.00 | $83.00 | $33,105.60 |
| 02/27/15 | 76 | | AAU | 2012 Mini Coop | Blu | 488852 | 49 | FR | 04/28/15 | S | Popular Auto | $21,450.00 | $21,450.00 | $.00 | $270.00 | $437.60 | $.00 | $83.00 | $22,240.60 |
| 02/27/15 | 76 | | AAU | 2013 Jeep Wran | Gre | 581339 | 50 | FR | 04/28/15 | S | Popular Auto | $27,290.00 | $27,290.00 | $.00 | $270.00 | $555.49 | $.00 | $83.00 | $28,198.49 |
| **Total Retail** | | | | | | | | | | | | **$529,315.00** | **$463,060.62** | **$.00** | **$4,513.42** | **$6,122.79** | **$.00** | **$2,148.00** | **$475,844.83** |

Unit Count:   31