THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CNG AUTO GROUP, INC. d/b/a TOP WHEELS; ELONTO R. HERNANDEZ COLON; and JULISSA M. FUENTES RIVERA, <br><br> Defendants. | CIVIL NO. 15-1824 <br><br> Breach of Contract, <br> Collection of Monies, <br> Repossession of Personal Property |

## **CORPORATE DISCLOSURE STATEMENT**

TO THE HONORABLE COURT:

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, Plaintiff NextGear Capital, Inc. is a wholly-owned subsidiary of Manheim Investments, Inc., which is a wholly-owned subsidiary of Cox Automotive, Inc., which is a wholly-owned subsidiary of Cox Enterprises, Inc.  No publicly held company or investment fund holds 10% or more ownership interest in NextGear Capital, Inc.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 17th day of June, 2015.

McCONNELL VALDÉS LLC
Attorneys for Plaintiff
*NextGear Capital, Inc.*
270 Muñoz Rivera Ave.
Hato Rey, PR  00918
P.O. Box 364225
San Juan, PR  00936-4225
Tel. (787) 250-5604
Fax. (787) 759-2772

By: *s/ Antonio A. Arias*
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com

*s/Sonia M. López-del Valle*
Sonia M. López-del Valle
USDC-PR No. 231413
sld@mcvpr.com