THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CNG AUTO GROUP, INC. d/b/a TOP WHEELS; ELONTO R. HERNANDEZ COLON; and JULISSA M. FUENTES RIVERA,<br><br>Defendants. | CIVIL NO. 15-1824<br><br>Breach of Contract,<br>Collection of Monies,<br>Repossession of Personal Property |

## **MOTION TO RESTRICT**

TO THE HONORABLE COURT:

COMES NOW the Plaintiff NextGear Capital, Inc. ("NextGear" or "Plaintiff") and respectfully moves the Court for an Order allowing NextGear to file its Emergency Motion under the restricted viewing level denominated "Ex Parte."

Should Defendants receive notice of such filing, it is likely that Defendants or persons acting in concert or association with them, will act to defeat the remedy that Plaintiff seeks through the Emergency Motion.

WHEREFORE, NextGear respectfully requests that the Honorable Court grant its Motion to Restrict.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 17th day of June, 2015.

McCONNELL VALDÉS LLC
Attorneys for Plaintiff
*NextGear Capital, Inc.*
270 Muñoz Rivera Ave.
Hato Rey, PR  00918
P.O. Box 364225
San Juan, PR  00936-4225
Tel. (787) 250-5604
Fax. (787) 759-2772

By: <u>*s/ Antonio A. Arias*</u>
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com

<u>*s/Sonia M. López-del Valle*</u>
Sonia M. López-del Valle
USDC-PR No. 231413
sld@mcvpr.com