THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CNG AUTO GROUP, INC. d/b/a TOP WHEELS; ELONTO R. HERNANDEZ COLON; and JULISSA M. FUENTES RIVERA,<br><br>Defendants. | CIVIL NO. 15-1824<br><br>Breach of Contract,<br>Collection of Monies,<br>Repossession of Personal Property |

**NOTICE OF APPEARANCE**
**ANTONIO A. ARIAS**

TO THE HONORABLE COURT:

COMES NOW the Plaintiff NextGear Capital, Inc. ("NextGear" or "Plaintiff") and very respectfully notifies that the undersigned attorney will hereinafter be appearing and representing the appearing Plaintiff as counsel of record in this case. Thus, NextGear respectfully asks that the Court take notice of the same.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 17th day of June, 2015.

McCONNELL VALDÉS LLC
Attorneys for Plaintiff
*NextGear Capital, Inc.*
270 Muñoz Rivera Ave.
Hato Rey, PR  00918
P.O. Box 364225
San Juan, PR  00936-4225
Tel. (787) 250-5604
Fax. (787) 759-2772

By:       *s/ Antonio A. Arias*
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com