DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

NEXTGEAR CAPITAL, INC.

*Plaintiff(s)*

v.

Civil Action No. 15-CV-1824(JAG)

CNG AUTO GROUP, INC. d/b/a TOP WHEELS; Elonto R. Hernández Colón; and Julissa M. Fuentes Rivera

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CNG AUTO GROUP, INC. d/b/a TOP WHEELS, by and through its President Elonto R. Hernández Colón or its Vice President Julissa M. Fuentes Rivera or any other corporate officer or representative

BO. BUENA VISTA, CARR. 167 KM 15.3, BAYAMON, PR 00956

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANTONIO A. ARIAS, McCONNELL VALDES LLC, ATTORNEY FOR PLAINTIFF

PO BOX 364225, SAN JUAN, PR 00936-4225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 06/18/2015

ANTONIO RODRIGUEZ
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

NEXTGEAR CAPITAL, INC.

*Plaintiff(s)*

v.

Civil Action No. 15-CV-1824(JAG)

CNG AUTO GROUP, INC. d/b/a TOP WHEELS; Elonto R. Hernández Colón; and Julissa M. Fuentes Rivera

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ELONTO R. HERNANDEZ COLON - URB. PALACIO IMPERIAL, CALLE FLORES A-200, TOA ALTA, PR 00953 (PHYSICAL); PO BOX 1102, BARRANQUITAS, PR 00754-1102 (POSTAL).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANTONIO A. ARIAS, McCONNELL VALDES LLC, ATTORNEY FOR PLAINTIFF

PO BOX 364225, SAN JUAN, PR 00936-4225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 06/18/2015

ANTONIO RODRIGUEZ
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

NEXTGEAR CAPITAL, INC.

*Plaintiff(s)*

v.

Civil Action No. 15-CV-1824(JAG)

CNG AUTO GROUP, INC. d/b/a TOP WHEELS; Elonto R. Hernández Colón; and Julissa M. Fuentes Rivera

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JULISSA M. FUENTES RIVERA - URB. PALACIO IMPERIAL, CALLE FLORES A-200,

TOA ALTA, PR 00953 (PHYSICAL); PO BOX 1102, BARRANQUITAS, PR 00754-1102 (POSTAL).

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANTONIO A. ARIAS, McCONNELL VALDES LLC, ATTORNEY FOR PLAINTIFF

PO BOX 364225, SAN JUAN, PR 00936-4225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 06/18/2015

ANTONIO RODRIGUEZ
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

COPY