THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CNG AUTO GROUP, INC. d/b/a TOP WHEELS; ELONTO R. HERNANDEZ COLON; and JULISSA M. FUENTES RIVERA,<br><br>Defendants. | CIVIL NO. 15-1824<br><br>Breach of Contract,<br>Collection of Monies,<br>Repossession of Personal Property |

## MOTION TO RESTRICT

TO THE HONORABLE COURT:

COMES NOW the Plaintiff NextGear Capital, Inc. ("NextGear" or "Plaintiff") and respectfully moves the Court for an Order allowing NextGear to file its *Motion for the Court to Consider Referral of Plaintiffs' Emergency Motion to Magistrate Judge for Report and Recommendation* under the restricted viewing level denominated "Ex Parte."

Should Defendants receive notice of such filing, it is likely that Defendants or persons acting in concert or association with them, will act to defeat the remedy that Plaintiff seeks through said Motion.

WHEREFORE, NextGear respectfully requests that the Honorable Court grant its Motion to Restrict.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 10th day of July, 2015.

                                                McCONNELL VALDÉS LLC
                                                Attorneys for Plaintiff
                                                270 Muñoz Rivera Ave.
                                                Hato Rey, PR  00918
                                                P.O. Box 364225
                                                San Juan, PR  00936-4225
                                                Tel. (787) 250-5604
                                                Fax. (787) 759-2772

*By:*                *s/ Antonio A. Arias*
                      Antonio A. Arias
                      USDC-PR No. 204906
                      aaa@mcvpr.com

                     *s/Sonia M. López-del Valle*
                      Sonia M. López-del Valle
                      USDC-PR No. 231413
                      sld@mcvpr.com