THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | |
| Plaintiff, | CIVIL NO. 15-1824 (JAG) (CVR) |
| v. | Breach of Contract, |
| CNG AUTO GROUP, INC. d/b/a TOP WHEELS; ELONTO R. HERNANDEZ COLON; and JULISSA M. FUENTES RIVERA, | Collection of Monies, Repossession of Personal Property |
| Defendants. | |

**MOTION TO RESTRICT**

TO THE HONORABLE COURT:

COMES NOW the Plaintiff NextGear Capital, Inc. ("NextGear" or "Plaintiff") and respectfully moves the Court for an Order allowing NextGear to file its motion explaining why Defendants have not yet been served with process (Docket No. 14) under the restricted viewing level denominated "Ex Parte."

Should Defendants receive notice of such filing, it is likely that Defendants or persons acting in concert or association with them, will act to defeat the remedy that Plaintiff seeks through said Motion.

WHEREFORE, NextGear respectfully requests that the Honorable Court grant its Motion to Restrict.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 14th day of July, 2015.

McCONNELL VALDÉS LLC
Attorneys for Plaintiff
270 Muñoz Rivera Ave.
Hato Rey, PR  00918
P.O. Box 364225
San Juan, PR  00936-4225
Tel. (787) 250-5604
Fax. (787) 759-2772

By:        s/ Antonio A. Arias
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com

s/Sonia M. López-del Valle
Sonia M. López-del Valle
USDC-PR No. 231413
sld@mcvpr.com