THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | |
| Plaintiff, | |
| v. | CIVIL NO. 15-1824 (JAG) (CVR) |
| | Breach of Contract, |
| CNG AUTO GROUP, INC. d/b/a TOP | Collection of Monies, |
| WHEELS; ELONTO R. HERNANDEZ COLON; | Repossession of Personal Property |
| and JULISSA M. FUENTES RIVERA, | |
| Defendants. | |

## MOTION TO RESTRICT

TO THE HONORABLE COURT:

COMES NOW the Plaintiff NextGear Capital, Inc. ("NextGear" or "Plaintiff") and respectfully moves the Court for an Order allowing NextGear to file its Motion Posting Bond (Docket No. 21) under the restricted viewing level denominated "Ex Parte."

Should Defendants receive notice of such filing, it is likely that Defendants or persons acting in concert or association with them, will act to defeat the remedy that Plaintiff seeks through said Motion.

WHEREFORE, NextGear respectfully requests that the Honorable Court grant its Motion to Restrict.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 12th day of August, 2015.

McCONNELL VALDÉS LLC
Attorneys for Plaintiff
270 Muñoz Rivera Ave.
Hato Rey, PR  00918
P.O. Box 364225
San Juan, PR  00936-4225
Tel. (787) 250-5604
Fax. (787) 759-2772

By:        s/ Antonio A. Arias
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com

s/Sonia M. López-del Valle
Sonia M. López-del Valle
USDC-PR No. 231413
sld@mcvpr.com