THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CNG AUTO GROUP, INC. d/b/a TOP WHEELS; ELONTO R. HERNANDEZ COLON; and JULISSA M. FUENTES RIVERA,<br><br>Defendants. | CIVIL NO. 15-1824 (JAG) (CVR)<br><br>Breach of Contract,<br>Collection of Monies,<br>Repossession of Personal Property |

## **MOTION FOR ISSUANCE OF SUMMONS BY PUBLICATION**

TO THE CLERK OF THE COURT:

COMES NOW Plaintiff NextGear Capital, Inc. ("NextGear"), through the undersigned attorneys, and respectfully states and prays:

1. On October 14, 2015, NextGear filed a *Motion for Leave to Serve Defendants by Publication*. (Docket No. 26)

2. On October 15, 2015, the Honorable Court granted NextGear's motion. (Docket No. 27)

3. Accordingly, NextGear respectfully requests that the Clerk of the Court issue the Summonses by Publication attached hereto as **Exhibits 1-3**.

WHEREFORE, NextGear respectfully requests that the Clerk issue the attached Summonses by Publication pursuant to the Court's order granting the motion to serve by publication. (Docket No. 27)

RESPECTFULLY SUBMITTED.

2

In San Juan, Puerto Rico, this 15th day of October, 2015.

**McConnell Valdés LLC**
*Attorneys for Plaintiff*
*NextGear Capital, Inc.*
270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel.: 787.250.5604
Fax: 787.759.2772
www.mcvpr.com

By: *s/ Antonio A. Arias*
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com

By: *s/ Sonia M. López del Valle*
Sonia M. López del Valle
USDC-PR No. 231413
sld@mcvpr.com