THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CNG AUTO GROUP, INC. d/b/a TOP WHEELS; ELONTO R. HERNANDEZ COLON; and JULISSA M. FUENTES RIVERA, <br><br> Defendants. | CIVIL NO. 15-1824 (JAG) (CVR) <br><br> Breach of Contract, <br> Collection of Monies, <br> Repossession of Personal Property |

## MOTION IN COMPLIANCE WITH COURT ORDER AT DOCKET NO. 29

TO THE CLERK OF THE COURT:

COMES NOW Plaintiff NextGear Capital, Inc. ("NextGear"), through the undersigned attorneys, and respectfully states:

1.      On October 16, 2015, this Honorable Court issued an Order directing NextGear to "submit the text of a proposed order for service by publication by 10/21/2015." (Docket No. 29)

2.      Accordingly, NextGear hereby submits a Proposed Order for Service by Publication attached hereto as **Exhibit 1**.

3.      Additionally, NextGear submits Proposed Summonses by Publication attached hereto as **Exhibits 2-4**.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of October, 2015.

**McConnell Valdés LLC**
*Attorneys for Plaintiff*
*NextGear Capital, Inc.*
270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel.: 787.250.5604
Fax: 787.759.2772
www.mcvpr.com

By: *s/ Antonio A. Arias*
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com

By: s/ *Sonia M. López del Valle*
Sonia M. López del Valle
USDC-PR No. 231413
sld@mcvpr.com