THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CNG AUTO GROUP, INC. d/b/a TOP WHEELS; ELONTO R. HERNANDEZ COLON; and JULISSA M. FUENTES RIVERA, <br><br> Defendants. | CIVIL NO. 15-1824 (JAG) (CVR) <br><br> Breach of Contract, <br> Collection of Monies, <br> Repossession of Personal Property |

## SUMMONS BY PUBLICATION

TO:   **CNG Auto Group, Inc. d/b/a Top Wheels**, by and through its President Elonto R. Hernández Colón or its Vice President Julissa M. Fuentes Rivera or any other corporate officer or representative. Bayamón, P.R.

Pursuant to the Order for Service by Publication entered on October 15, 2015, by the Honorable Jay A. Garcia-Gregory, United States District Judge (Docket No. 27), you are hereby SUMMONED to appear, plead or answer the Complaint filed herein no later than thirty (30) days after the publication of this Summons by serving the original plea or answer in the United States District Court for the District of Puerto Rico, and serving a copy to counsel for plaintiff:

Antonio A. Arias, Esq.
McConnell Valdés LLC
270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel.: 787.250.5604
Fax: 787.759.2772
aaa@mcvpr.com

This Summons shall be published by edict only once in a newspaper of general circulation in the Island of Puerto Rico. Within ten (10) days following publication of this Summons, a copy of this Summons and the Complaint will be sent to Defendant CNG Auto Group, Inc. d/b/a Top Wheels to its last known postal address.

Should you fail to appear, plead or answer to the Complaint as ordered by the Court and noticed by this Summons, the Court will proceed to hear and adjudicate this cause against you based on the relief demanded In the Complaint.

**BY ORDER OF THE COURT,** summons is issued pursuant to Fed. R. Civ. P. 4(e) and Rule 4.5 of the Rules of Civil Procedure for the Commonwealth of Puerto Rico.

In San Juan, Puerto Rico, this 19 of October 2015.

FRANCES RIOS DE MORAN, ESQ.
CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk
Jose L. Arroyo

*José Arroyo
Deputy Clerk*

Note: This text is not intended to create or confer any rights, privileges or benefits to prospective or actual parties. It is also not intended to have the force of law. Its sole intention is to serve as a general guide to civil litigants. You are responsible for verifying any legal references and citations and for tailoring the text as necessary based on the particular circumstances of your case.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CNG AUTO GROUP, INC. d/b/a TOP WHEELS; ELONTO R. HERNANDEZ COLON; and JULISSA M. FUENTES RIVERA, <br><br> Defendants. | CIVIL NO. 15-1824 (JAG) (CVR) <br><br> Breach of Contract, <br> Collection of Monies, <br> Repossession of Personal Property |

**SUMMONS BY PUBLICATION**

TO:   Elonto R. Hernández Colón
      Toa Alta, P.R.

Pursuant to the Order for Service by Publication entered on October 15, 2015, by the Honorable Jay A. Garcia-Gregory, United States District Judge (Docket No. 27), you are hereby SUMMONED to appear, plead or answer the Complaint filed herein no later than thirty (30) days after the publication of this Summons by serving the original plea or answer in the United States District Court for the District of Puerto Rico, and serving a copy to counsel for plaintiff:

Antonio A. Arias, Esq.
McConnell Valdés LLC
270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel.: 787.250.5604
Fax: 787.759.2772
aaa@mcvpr.com

This Summons shall be published by edict only once in a newspaper of general circulation in the Island of Puerto Rico. Within ten (10) days following publication of this Summons, a copy of this Summons and the Complaint will be sent to Defendant Elonto R. Hernández Colón to his last known postal address.

Should you fail to appear, plead or answer to the Complaint as ordered by the Court and noticed by this Summons, the Court will proceed to hear and adjudicate this cause against you based on the relief demanded In the Complaint.

**BY ORDER OF THE COURT,** summons is issued pursuant to Fed. R. Civ. P. 4(e) and Rule 4.5 of the Rules of Civil Procedure for the Commonwealth of Puerto Rico.

In San Juan, Puerto Rico, this 19 of October 2015.

                            FRANCES RIOS DE MORAN, ESQ.
                            CLERK, U.S. DISTRICT COURT

                                               **José Arroyo**
By:                            **Deputy Clerk**
                Deputy Clerk
                Jose L. Arroyo

Note: This text is not intended to create or confer any rights, privileges or benefits to prospective or actual parties. It is also not intended to have the force of law. Its sole intention is to serve as a general guide to civil litigants. You are responsible for verifying any legal references and citations and for tailoring the text as necessary based on the particular circumstances of your case.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CNG AUTO GROUP, INC. d/b/a TOP WHEELS; ELONTO R. HERNANDEZ COLON; and JULISSA M. FUENTES RIVERA,<br><br>Defendants. | CIVIL NO. 15-1824 (JAG) (CVR)<br><br>Breach of Contract,<br>Collection of Monies,<br>Repossession of Personal Property |

### SUMMONS BY PUBLICATION

TO:   Julissa M. Fuentes Rivera
      Toa Alta, P.R.

Pursuant to the Order for Service by Publication entered on October 15, 2015, by the Honorable Jay A. Garcia-Gregory, United States District Judge (Docket No. 27), you are hereby SUMMONED to appear, plead or answer the Complaint filed herein no later than thirty (30) days after the publication of this Summons by serving the original plea or answer in the United States District Court for the District of Puerto Rico, and serving a copy to counsel for plaintiff:

Antonio A. Arias, Esq.
McConnell Valdés LLC
270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel.: 787.250.5604
Fax: 787.759.2772
aaa@mcvpr.com

This Summons shall be published by edict only once in a newspaper of general circulation in the Island of Puerto Rico. Within ten (10) days following publication of this Summons, a copy of this Summons and the Complaint will be sent to Defendant Julissa M. Fuentes Rivera to her last known postal address.

Should you fail to appear, plead or answer to the Complaint as ordered by the Court and noticed by this Summons, the Court will proceed to hear and adjudicate this cause against you based on the relief demanded In the Complaint.

**BY ORDER OF THE COURT,** summons is issued pursuant to Fed. R. Civ. P. 4(e) and Rule 4.5 of the Rules of Civil Procedure for the Commonwealth of Puerto Rico.

In San Juan, Puerto Rico, this __19__ of October 2015.

                                  FRANCES RIOS DE MORAN, ESQ.
                                  CLERK, U.S. DISTRICT COURT

                                             *José Arroyo*
                                             *Deputy Clerk*
                     By: _____
                           Deputy Clerk
                           Jose L. Arroyo

Note: This text is not intended to create or confer any rights, privileges or benefits to prospective or actual parties. It is also not intended to have the force of law. Its sole intention is to serve as a general guide to civil litigants. You are responsible for verifying any legal references and citations and for tailoring the text as necessary based on the particular circumstances of your case.