THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CNG AUTO GROUP, INC. d/b/a TOP WHEELS; ELONTO R. HERNANDEZ COLON; and JULISSA M. FUENTES RIVERA,<br><br>Defendants. | CIVIL NO. 15-1824 (JAG) (CVR)<br><br>Breach of Contract,<br>Collection of Monies,<br>Repossession of Personal Property |

### MOTION SUBMITTING EVIDENCE OF SERVICE BY PUBLICATION

TO THE CLERK OF THE COURT:

COMES NOW Plaintiff NextGear Capital, Inc. ("NextGear"), through the undersigned attorneys, and respectfully states:

1. On October 15, 2015, this Honorable Court issued an Order granting NextGear's Motion for Service by Publication specifying that the service of process would be due by November 16, 2015.  *See* Docket No. 27.

2. Accordingly, the issued summonses were published in El Nuevo Día on October 21, 2015.  *See* Exhibit 1.

3. On October 28, 2015, NextGear sent all three Defendants copies of the (1) Complaint, (2) Order authorizing service of process by publication, and (3) El Nuevo Día clipping of the published summonses.  Such documents were sent via certified mail to Defendants' last known addresses.  *See* Exhibit 2.

WHEREFORE NextGear respectfully requests that this Honorable Court take note of the above.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 13th day of November, 2015.

**McConnell Valdés LLC**
*Attorneys for Plaintiff*
*NextGear Capital, Inc.*
270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel.: 787.250.5604
Fax: 787.759.2772
www.mcvpr.com

By: *s/ Antonio A. Arias*
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com

By: *s/ Sonia M. López del Valle*
Sonia M. López del Valle
USDC-PR No. 231413
sld@mcvpr.com