) del Tomo piedad de encuentra (ágora) de la subasta a la parte cia que ha o del 2011 ncepto de 0% anual, desde esa del total mora y cantidad riginal del orarios de adelantos garé y la ejecutada ribe de la tituida por ntia de un IORTGAGE suma de % anual y 40, según Guayama, la notario l folio 193 nscripción os demás s al manifiesto iperior de ante horas o licitador ación del vámenes hubiere, al ontinuarán rematante le de los tinción el cluye las nmueble si además, a inmueble a idor, que el sado en la licha suma subasta a stro de la uerto Rico, l pesa un que por la ente en de julio de rio 1188, de 2015, ia, Sala de neo GCO co Popular ró García dró y José cución de l pago de 5,310.30 y n pública diente de e por este éditos de dante, que convinieré porte del ses, costas segurados, en los ta. De no la en la nueble, se l el mismo diciembre rviendo de basta, las o mínimo ación en la nueble, se bién en el e de 2015 como tipo la mitad la primera n el Tablón os lugares , donde se adas. Se ódico de ones. Una aviso será ado a la la parte Rico, hoy 9 Castiano

rto Rico. ro Judicial opular De v. Ivonne c/c Ivonne Ivonne M. vil Núm cción De Unidos De EE.UU. El rto Rico. EGUNDA Y e suscribe, instancia ANUNCIA y al que en la el día 28 vender en dinero en odo título, emandada propiedad ANUNCIA PRIMERA a 8 de abril ana en mi el Tribunal ico, SALA PRIMERA aso, el tipo a en la o mínimo ltución de 100. De no en esta rará una e abril de la cual el

tipo mínimo aceptable como oferta será dos terceras partes del tipo mínimo pactado en la escritura de Constitución de Hipoteca, o sea, la suma total de $40,667.33. Esta SEGUNDA SUBASTA habrá de celebrarse en mi oficina, sita en el local que ocupa el Tribunal de Primera Instancia de Puerto Rico, SALA DE CAROLINA. De no haber remate o adjudicación en esta SEGUNDA SUBASTA se celebrará una TERCERA SUBASTA el día 22 de abril de 2016, a las 11:45 de la mañana en la cual el tipo mínimo aceptable como oferta será la mitad del tipo mínimo pactado en la escritura de Constitución de Hipoteca, o sea, la suma de $30,500.50. Esta TERCERA SUBASTA habrá de celebrarse en mi oficina, sita en el local que ocupa el Tribunal de Primera Instancia de Puerto Rico, SALA DE CAROLINA. Si tampoco hubiese remate o adjudicación en la TERCERA SUBASTA y se declarase desierta, se dará por terminado el procedimiento, pudiendo el acreedor adjudicarse la propiedad dentro de los diez (10) días siguientes, por la totalidad de la cantidad adeudada. La propiedad a ser vendida en subasta es la que se describe a continuación y para la cual se dan sus datos registrales: "URBANA: Solar radicado en la Urbanización Villa Fontana, situada en el Barrio Sabana Abajo del término municipal de Carolina, que se describe con el número, área y colindancias que se relacionan a continuación. Número del solar: once (11) de la manzana "5Y", área del solar: doscientos cuarenta y cuatro punto veinticinco (244.25) metros cuadrados. En lindes por el Norte, con los solares números tres (3) y cuatro (4), distancia de once punto doscientos treinta (11.230) metros; por el Sur, con la calle número cinco guión veintiuno (5-21), distancia de once punto doscientos cincuenta (11.250) metros; por el Este, con el solar número diez (10), distancia de veintiuno punto setecientos cincuenta (21.750) metros; y por el Oeste, con el solar número doce (12), distancia de veintiuno punto setecientos cincuenta (21.750) metros. Contiene una casa de concreto." Finca Número: 13,277 inscrita al folio móvil del tomo 924 de Carolina, Registro de la Propiedad de Puerto Rico. Sección I de Carolina. DIRECCIÓN: Urb. Villa Fontana 5Y-11, Calle Parque de las Flores, Carolina, PR 00987 Surge del Estudio de Título efectuado en el caso de epígrafe que sobre la finca descrita anteriormente, no pesan gravámenes posteriores a la primera hipoteca que se ejecuta mediante este procedimiento. Con el importe de esta venta se habrá de satisfacer la Sentencia antes mencionada por la suma principal de $50,614.77 de principal, con intereses al 7.0% anual desde el 1 de julio de 2011, cargos por demoras mensuales, las contribuciones e impuestos, primas de seguro contra riego y seguro de hipoteca hasta su completo pago más la suma pactada de $6,100.10 en concepto de costas, gastos y honorarios de abogado, más los cargos por demora, más cualesquiera otras sumas que aparezcan de la faz del contrato. Dichos pagos se efectuarán en efectivo, giro postal o cheque certificado a nombre del Alguacil del Tribunal de Primera Instancia. Los autos y todos los documentos correspondientes a este procedimiento están de manifiesto en la Secretaría de este Tribunal durante los días y horas laborables, por lo que los interesados pueden referirse al expediente allí archivado, bajo el civil número que aparece en el epígrafe de este Edicto Anunciando Primera, Segunda y Tercera Subasta. EN TESTIMONIO DE LO CUAL, expido el presente, que firmo y sello, en CAROLINA, Puerto Rico, hoy día 16 de octubre de 2015. Samuel González Isaac, Alguacil Sala Superior De Carolina

**07618914**

Estado Libre Asociado De Puerto Rico. Tribunal De Primera Instancia. Centro Judicial de Fajardo.

## BANCO POPULAR DE PUERTO RICO

Demandante

vs.

## SUCESIÓN DE DIEGO GARCIA GUEVARA,

compuesta por:

## REINALDO GARCÍA RIVERA, EVA GARCÍA RIVERA, MARIA GARCÍA RIVERA, DIEGO GARCÍA RIVERA, HÉCTOR GARCÍA RIVERA, CARMEN GARCÍA RIVERA Y JOSÉ GARCÍA RIVERA, FULANO DE TAL Y FULANA DE TAL

como posibles herederos desconocidos, y

## AGAPITA RIVERA SANTIAGO

t/c/c

## AGAPITA RIVERA

t/c/c

## MARIA ANTONIA RIVERA CRUZ,

por sí y en la cuota viudal usufructuaria;

## DEPARTAMENTO DE HACIENDA; CENTRO DE RECAUDACIONES DE INGRESOS MUNICIPALES DE PUERTO RICO (CRIM); ESTADOS UNIDOS DE AMÉRICA

Demandado(s)

Civil Núm.: NSCI201500626 Sobre: Cobro De Dinero y Ejecución De Hipoteca Por La Vía Ordinaria. EMPLAZAMIENTO POR EDICTO Y MANDAMIENTO DE INTERPELACIÓN. Estados Unidos De América, El Presidente de los Estados Unidos. El Estado Libre Asociado de Puerto Rico. A la parte demandada:

## MARIA GARCÍA RIVERA, DIEGO GARCÍA RIVERA, HÉCTOR GARCÍA RIVERA, CARMEN GARCÍA RIVERA, JOSÉ GARCÍA RIVERA, FULANO DE TAL Y FULANA DE TAL,

como posibles herederos desconocidos de la

## SUCESIÓN DE DIEGO GARCIA GUEVARA; Y AGAPITA RIVERA SANTIAGO

t/c/c

## AGAPITA RIVERA

t/c/c

## MARIA ANTONIA RIVERA CRUZ,

por sí y en la cuota viudal usufructuaria a su última dirección conocida Física: #62 2nd Street, Brisas de Ceiba Dev., Ceiba, PR 00735 Postal: PO Box 122, Ceiba, PR 00735-0122.

Por la presente se le(s) notifica que se ha radicado en la Secretaría de este Tribunal una Demanda en Cobro de Dinero y Ejecución de Hipoteca en su contra, en la cual se alega que adeuda a la parte demandante la suma de $25,110.22 por concepto de principal, más intereses al tipo pactado de 7% anual desde el 1 de mayo de 2015. Dichos intereses continúan acumulándose hasta el pago total de la obligación. Además la parte demandada adeuda a la parte demandante los cargos por demora equivalentes a % de la suma de aquellos pagos con atrasos en exceso de 15 días calendarios de la fecha vencimiento; las costas, gastos y honorarios de abogado equivalentes a $18,600.00 y cualquiera otros adelantos que se hagan en virtud de la escritura de número 575, otorgada ante el Notario Namyr I. Hernández Sánchez, el día 10 de diciembre de 2004, sobre la finca número 5,185-A inscrita al folio 150 del Tomo 84 del Registro de la Propiedad de Puerto Rico, Sección de Fajardo. Este Tribunal ha ordenado que se le(s) cite a usted(es) por edicto que se publicará una sola vez en un periódico de circulación general. Se le(s) emplaza y requiere que dentro de los treinta (30) días siguientes a la publicación de este edicto excluyendo el día de la publicación de este edicto conteste(n) la demanda radicando el original de la contestación en este Tribunal y enviando copia de la Contestación de la Demanda a las oficinas de RIVERA-MUNICH, ELIZA & HERNÁNDEZ LAW OFFICES, P.S.C. a la Lcda. Zwinda M. Iglesias García PO Box 364908, San Juan, Puerto Rico 00936-4908; Tel (787) 622-2323, Fax (787) 622-2320, Abogado de la Parte Demandante. Se le(s) advierte que si deja(n) de contestar la Demanda en el período de tiempo antes mencionado, podrá dictarse contra usted(es) Sentencia en Rebeldía, concediéndose el remedio solicitado sin más citarle(s) ni oírle(s). Se ordena a los herederos del causante, a saber: Reinaldo García Rivera, Eva García Rivera, María García Rivera, Diego García Rivera, Héctor García Rivera, Carmen García Rivera, José García Rivera, Fulano de Tal y Fulana de Tal, como posibles herederos desconocidos de la Sucesión de Diego García Guevara; y Agapita Rivera Santiago t/c/c Agapita Rivera t/c/c María Antonia Rivera Cruz, por sí y en la cuota viudal usufructuaria a que dentro del mismo término de treinta (30) días contados a partir de la fecha de la notificación, ACEPTEN O REPUDIEN la participación que les corresponda en la herencia del causante Diego García Guevara. Se les apercibe a los herederos antes mencionados que de no expresarse dentro de ese término de treinta (30) días en torno a su aceptación o repudiación de herencia, se tendrá por aceptada. EXPEDIDO bajo mi firma y con el Sello del Tribunal. DADA en Fajardo, Puerto Rico, hoy 8 de octubre de 2015. Amarilis Márquez, Secretaria Interina. Por: C. Pabón, Sec. Servicios A Sala.

**07618915**

Estado Libre Asociado De Puerto Rico. Tribunal De Primera Instancia. Sala De Ponce. Autoridad Para El Financiamiento De La Vivienda De PR. Demandante, v. Israel Mora Irizary, Martha M. Martínez Morales y La Sociedad compuesta por ambos Demandada Civil Núm. JCD912133 Sobre: Ejecución De Hipoteca Por La Vía Ordinaria. EDICTO ANUNCIANDO PRIMERA, SEGUNDA Y TERCERA SUBASTA. Estados Unidos De América. El Presidente De Los EE. UU. El Estado Libre Asociado De Puerto Rico. El Alguacil que suscribe, Funcionario del Tribunal de Primera Instancia, Sala de Ponce, por la presente ANUNCIA y hace saber al público en general que en cumplimiento de la Sentencia dictada, procederé a vender en subasta, al mejor postor y por dinero en efectivo o cheque certificado, todo título, derecho o interés de la parte demandada, sobre la propiedad que más adelante se describe. Se ANUNCIA por medio de este EDICTO que la PRIMERA SUBASTA habrá de celebrarse el día 2 de junio de 2016, a las 11:30 a.m., en mi oficina, sita en el local que ocupa el Tribunal de Primera Instancia, Sala de Ponce. Siendo esta la PRIMERA SUBASTA que se celebra en este caso, el tipo mínimo aceptable como oferta en la PRIMERA SUBASTA será el valor de la participación en la propiedad del demandado. Su participación corresponde al 100% de la propiedad la cual se valora en $27,780.00, por lo que la primera oferta será $27,780.00 De no haber remate o adjudicación en esta PRIMERA SUBASTA, se celebrará una SEGUNDA SUBASTA el día 9 de junio de 2016, a las 11:30 a.m., en la cual el tipo mínimo aceptable como oferta será dos terceras (2/3) partes del tipo mínimo anunciado. Esta SEGUNDA SUBASTA habrá de celebrarse en Ponce. De no haber remate o adjudicación en esta SEGUNDA SUBASTA, se celebrará una TERCERA SUBASTA el día 16 de junio de 2016, a las 10:30 a.m., en la cual el tipo mínimo aceptable como oferta será la mitad (1/2) del tipo mínimo anunciado. Esta TERCERA SUBASTA habrá de celebrarse en mi oficina, sita en el local que ocupa el Tribunal de Primera Instancia, Sala de Ponce. La participación de la propiedad a ser vendida en subasta, la cual corresponde a un 100% de la misma, es la que se describe a continuación y para la cual se dan sus datos registrales: A)- URBANA: Apartamento residencial de dos (2) plantas del edificio número dieciocho (18) del Residencial Tibes I, marcado con el número cien (100) de dicho residencial, situado en el Barrio Portugués del término municipal de Ponce, Puerto Rico. Tiene un área aproximada de fabricación de mil veintidós pies cuadrados con setenta centésimas de otro (1,022.70 pc), siendo sus medidas lineales de veinticinco pies y seis pulgadas (25'6") en su mayor largo y veinte pies y siete pulgadas (20'7") en su mayor ancho. Colinda por el NORTE, con terrenos comunes del Residencial; por el SUR, con terrenos comunes del Residencial y pasillo de acceso a paseo peatonal; por el ESTE, con el apartamento numero ciento uno (101) del Residencial; y por el OESTE, con el apartamento numero noventa y nueve (99) del Residencial. -Su puerta principal de entrada está situada en colindancia Sur y lo comunica directamente a un pasillo que le da acceso a espacios comunes del Residencial. -El valor básico de este apartamiento es de veinte mil trescientos cincuenta dólares ($20,350.00) y su porcentaje de participación en los elementos comunes generales del Residencial Tibes I es de cero punto siete seis nueve dos tres por ciento (0.76923%). — Inscrita al folio ciento sesenta (160) del tomo seiscientos diecinueve (619) de Ponce, Finca número ocho mil trescientos sesenta y cinco (8,365), inscripción primera (1ra) del Registro de la Propiedad de Ponce. Con el importe de esta venta se habrá de satisfacer la sentencia antes mencionada por la suma principal de $20,445.90; intereses al 9% anual desde el día uno de junio de abril de mil novecientos setenta y siete (1977), así mismo los intereses que se acumulen hasta el pago total del principal; la suma de $2,060.00 para costas, gastos y honorarios de abogado. Los autos y todos los documentos correspondientes a este procedimiento están de manifiesto en la Secretaría de este Tribunal durante los días y horas laborables, por lo que los interesados pueden referirse al expediente allí archivado, bajo el número civil que aparece en el epígrafe de este Edicto Anunciando Primera, Segunda y Tercera Subasta. Todo licitador debe entender que acepta como bastante la titulación y que las cargas y gravámenes anteriores y preferentes al crédito del ejecutante, cuyos detalles se consignarán más adelante, continuarán subsistentes entendiéndose que el rematante los acepta y queda subrogado en la responsabilidad de los mismos, sin destinarse a su extinción el precio del remate. EN TESTIMONIO DE LO CUAL, expido el presente, que firmo y sello, hoy día 15 de octubre de 2015, en Ponce, Puerto Rico. Luis R. Sánchez Vega, Alguacil Auxiliar #748.

**08318950**

The United States District Court. For The District Of Puerto Rico.

## NEXTGEAR CAPITAL, INC.,

Plaintiff,

v.

## CNG AUTO GROUP, INC. D/B/A TOP WHEELS; ELONTO R. HERNÁNDEZ COLÓN; AND JULISSA M. FUENTES RIVERA

Defendants

Civil No. 15-1824 (JAG) (CVR) Breach of Contract, Collection of Monies, Repossession of Personal Property Summons By Publication.

## TO: ELONTO R. HERNÁNDEZ COLÓN

Toa Alta, PR.

Pursuant to the Order for Service by Publication entered on October 15, 2015, by the Honorable Jay A. García-Gregory, United States District Judge, you are hereby SUMMONED to appear, plead or answer to the Complaint filed herein no later than thirty (30) days after the publication of this Summons by serving the original plea or answer in the United States District Court for the District of Puerto Rico, and serving a copy to counsel for plaintiff: Antonio A. Arias, Esq. McConnell Valdés LLC 270 Muñoz Rivera Avenue San Juan, Puerto Rico 00918 P.O. Box 364225 San Juan, PR 00936-4225 Tel: 787.250.5604 Fax: 787.759.2772 aaa@mcvpr.com This Summons shall be published by edict only once in a newspaper of general circulation in the Island of Puerto Rico. Within ten (10) days following publication of this Summons, a copy of this Summons and the Complaint will be sent to Defendant Elonto R. Hernández Colón to his last known postal address. Should you fail to appear, plead or answer to the Complaint as ordered by the Court and noticed by this Summons, the Court will proceed to hear and adjudicate this cause against you based on the relief demanded in the Complaint. By Order Of The Court, summons is issued pursuant to Fed. R. Civ. P. 4(e) and Rule 4.5 of the Rules of Civil Procedure for the Commonwealth of Puerto Rico. In San Juan, Puerto Rico, this 19 of October 2015. Frances Ríos De Moran, Esq. Clerk, U.S. District Court By: José Arroyo, Deputy Clerk.

**08318951**

The United States District Court. For The District Of Puerto Rico.

## NEXTGEAR CAPITAL, INC.,

Plaintiff,

v.

## CNG AUTO GROUP, INC. D/B/A TOP WHEELS; ELONTO R. HERNANDEZ COLON; AND JULISSA M. FUENTES RIVERA

Defendants

Civil No. 15-1824 (JAG) (CVR) Breach of Contract, Collection of Monies, Repossession of Personal Property Summons By Publication.

## TO: JULISSA M. FUENTES RIVERA

Toa Alta, PR.

Pursuant to the Order for Service by Publication entered on October 15, 2015, by the Honorable Jay A. García-Gregory, United States District Judge, you are hereby SUMMONED to appear, plead or answer to the Complaint filed herein no later than thirty (30) days after the publication of this Summons by serving the original plea or answer in the United States District Court for the District of Puerto Rico, and serving a copy to counsel for plaintiff: Antonio A. Arias, Esq. McConnell Valdés LLC 270 Muñoz Rivera Avenue San Juan, Puerto Rico 00918 P.O. Box 364225 San Juan, PR 00936-4225 Tel: 787.250.5604 Fax: 787.759.2772 aaa@mcvpr.com This Summons shall be published by edict only once in a newspaper of general circulation in the Island of Puerto Rico. Within ten (10) days following publication of this Summons, a copy of this Summons and the Complaint will be sent to Defendant Julissa M. Fuentes Rivera to her last known postal address. Should you fail to appear, plead or answer to the Complaint as ordered by the Court and noticed by this Summons, the Court will proceed to hear and adjudicate this cause against you based on the relief demanded in the Complaint. By Order Of The Court, summons is issued pursuant to Fed. R. Civ. P. 4(e) and Rule 4.5 of the Rules of Civil Procedure for the Commonwealth of Puerto Rico. In San Juan, Puerto Rico, this 19 of October 2015. Frances Ríos De Moran, Esq. Clerk, U.S. District Court By: José L. Arroyo, Deputy Clerk.

**08318952**

The United States District Court. For The District Of Puerto Rico.

## NEXTGEAR CAPITAL, INC.,

Plaintiff,

v.

## CNG AUTO GROUP, INC. D/B/A TOP WHEELS; ELONTO R. HERNANDEZ COLON; AND JULISSA M. FUENTES RIVERA

Defendants

Civil no. 15-1824 (JAG) (CVR) Breach of Contract, Collection of Monies, Repossession of Personal Property Summons By Publication.

## TO: CNG AUTO GROUP, INC. D/B/A TOP WHEELS, BY AND THROUGH ITS PRESIDENT ELONTO R. HERNÁNDEZ COLÓN OR ITS VICE PRESIDENT JULISSA M. FUENTES RIVERA

or any other corporate officer or representative.

Bayamón, PR.

Pursuant to the Order for Service by Publication entered on October 15, 2015, by the Honorable Jay A. García-Gregory, United States District Judge, you are hereby SUMMONED to appear, plead or answer the Complaint filed herein no later than thirty (30) days after the publication of this Summons by serving the original plea or answer in the United States District Court for the District of Puerto Rico, and serving a copy to counsel for plaintiff: Antonio A. Arias, Esq. McConnell Valdés LLC 270 Muñoz Rivera Avenue San Juan, Puerto Rico 00918 P.O. Box 364225 San Juan, PR 00936-4225 Tel: 787.250.5604 Fax: 787.759.2772 aaa@mcvpr.com This Summons shall be published by edict only once in a newspaper of general circulation in the Island of Puerto Rico. Within ten (10) days following publication of this Summons, a copy of this Summons and the Complaint will be sent to Defendant CNG Auto Group, Inc. d/b/a Top Wheels to its last known postal address. Should you fail to appear, plead or answer to the Complaint as ordered by the Court and noticed by this Summons, the Court will proceed to hear and adjudicate this cause against you based on the relief demanded in the Complaint. By Order Of The Court, summons is issued pursuant to Fed. R. Civ. P. 4(e) and Rule 4.5 of the Rules of Civil Procedure for the Commonwealth of Puerto Rico. In San Juan, Puerto Rico, this 19 of October 2015. Frances Ríos De Moran, Esq. Clerk, U.S. District Court By: José Arroyo, Deputy Clerk.

**64918960**

Estado Libre Asociado De Puerto Rico Tribunal De Primera Instancia Sala De Manatí

## COOPERATIVA DE AHORRO Y CRÉDITO DE MANATI

Demandante

Vs.

## R&G MORTGAGE CORPORATION T/C/C R-G PREMIER BANK; BANCO POPULAR DE PUERTO RICO; JOHN DOE Y RICHARD ROE

Demandados

Caso Núm: CD15-622 Salón Núm. Sobre: Cancelación Pagaré Extraviado Emplazamiento Por Edicto Estados Unidos De América El Presidente De Los Estados Unidos El Estado Libre Asociado De Puerto Rico A:

## R&G MORTGAGE CORPORATION T/C/C R-G PREMIER BANK

Acreedor en el Registro; Y

## JOHN DOE Y RICHARD ROE

Tenedores desconocidos o sea la parte demandada de epígrafe arriba mencionada POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva a la demanda dentro de los treinta (30) días siguientes a la publicación de este Edicto, y notifique copia de la misma a la abogada de la parte demandante: Lcdo. Marcos Raúl Cortés Reyes, Núm. TS-18745, PO Box 195337, San Juan, Puerto Rico, TELS. (787) 519-3641, mcorteslaw@apontecortes.com. Apercibiéndole que de usted dejar de presentar su alegación responsiva dentro del término indicado, el tribunal podrá dictar sentencia en rebeldía en su contra, sin más citarle ni oírle, concediendo el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente. Este caso trata de la cancelación de un gravamen hipotecario por la suma principal de $38,406.00, en garantía de un pagaré a favor de R&G MORTGAGE CORPORATION, con intereses al 10% anual, vencedero el 1 de noviembre de 2016, constituida mediante escritura numero 82, otorgada en Manatí, el 28 de octubre de 1986, ante Eddie Cuevas Silvagnoli, e inscrita al folio 40 del tomo 343 de Manatí, finca 13023, inscripción 1a. EXTIENDO BAJO MI FIRMA y el Sello del Tribunal, hoy 15 de octubre de 2015. GONZALEZ MALDONADO Secretaria del Tribunal __ Secretaria Auxiliar tribunal I Subsecretario(a)

La lectura es descubrir libros como bengalas que, lanzadas al aire de la noche, iluminan la oscuridad o avisan de dónde está uno perdido.

-Esther Tusquets, España

Festival de la Palabra

festivaldelapalabra.net