

270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918

PO Box 364225
San Juan, Puerto Rico 00936

T 787.759.9292

D 787.250.5647
F 787.759.274
**Sonia M. López del Valle**
Associate
sld@mcvpr.com

October 28, 2015

**BY CERTIFIED MAIL**

Julissa M. Fuentes Rivera
Urb. Palacio Imperial
1328 Calle Iberos
Toa Alta PR 00953

Re:   <u>NextGear Capital, Inc. v. CNG Auto Group, Inc, et als.</u>, Civil No. 15-1824 (JAG) (CVR)

Dear Mrs. Fuentes:
*Estimada señora Fuentes:*

Pursuant to Rule 4.6 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A. V, R. 4.6, attached please find copies of the following documents:
*De conformidad con la Regla 4.6 de las Reglas de Procedimiento Civil de Puerto Rico, 32 L.P.R.A. V, R. 4.6, adjunto copia de los siguientes documentos:*

1) Complaint filed on June 17, 2015;
   *Demanda presentada el 17 de junio de 2015;*

2) Order issued on October 15, 2015 authorizing service of process by publication; and
   *Orden dictada el 15 de octubre de 2015, la cual autoriza el emplazamiento por edicto; y*

3) Copy of summons published in El Nuevo Día on October 21, 2015.
   *Copia del edicto publicado el 21 de octubre de 2015 en el periódico El Nuevo Día.*

You are required to answer the Complaint within thirty (30) days after the publication of the summons. Please be advised that, should you fail to appear, plead or answer the Complaint as ordered by the Court and noticed by the summons, the Court will proceed to hear and adjudicate the Plaintiff's cause against you based on the relief demanded in the Complaint.

Puerto Rico | Washington, DC | mcvpr.com

*Se le requiere que conteste la demanda dentro de los treinta (30) días siguientes a la publicación del edicto. Se le advierte que, de no comparecer o contestar la demanda según ordenado por el Tribunal y notificado en el edicto, el Tribunal procederá a entender en y adjudicar la causa de acción que el Demandante ha levantado contra usted, basado en los remedios solicitados en la demanda.*

Cordially,
*Cordialmente,*

*[signature]*

Sonia M. López del Valle

Attachments
*Anejos*





Nettgear - 33283-0003
UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Sonia M. López del Valle, Esq.
McConnell Valdés LLC
PO Box 364225
San Juan, PR 00936

USPS TRACKING #

9590 9401 0032 5168 8468 71



U.S. Postal Service™ 33283-0003 SLD
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.18

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $

Julissa M. Fuentes Rivera
Urb. Palacio Imperial
1328 Calle Iberos
Toa Alta PR 00953

OCT 28 2015  00938 - USPS



270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918

PO Box 364225
San Juan, Puerto Rico 00936

T 787.759.9292

D 787.250.5647
F 787.759.274
Sonia M. López del Valle
Associate
sld@mcvpr.com

October 28, 2015

**BY CERTIFIED MAIL**

Julissa M. Fuentes Rivera
Urbanización Palacio Imperial
A28 Calle Iberos
Toa Alta, PR 00953

Re:   NextGear Capital, Inc. v. CNG Auto Group, Inc, et als., Civil No. 15-1824 (JAG) (CVR)

Dear Mrs. Fuentes:
*Estimada señora Fuentes:*

Pursuant to Rule 4.6 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A. V, R. 4.6, attached please find copies of the following documents:
*De conformidad con la Regla 4.6 de las Reglas de Procedimiento Civil de Puerto Rico, 32 L.P.R.A. V, R. 4.6, adjunto copia de los siguientes documentos:*

1) Complaint filed on June 17, 2015;
   *Demanda presentada el 17 de junio de 2015;*

2) Order issued on October 15, 2015 authorizing service of process by publication; and
   *Orden dictada el 15 de octubre de 2015, la cual autoriza el emplazamiento por edicto; y*

3) Copy of summons published in El Nuevo Día on October 21, 2015.
   *Copia del edicto publicado el 21 de octubre de 2015 en el periódico El Nuevo Día.*

You are required to answer the Complaint within thirty (30) days after the publication of the summons. Please be advised that, should you fail to appear, plead or answer the Complaint as ordered by the Court and noticed by the summons, the Court will proceed to hear and adjudicate the Plaintiff's cause against you based on the relief demanded in the Complaint.

Puerto Rico | Washington, DC | mcvpr.com

*Se le requiere que conteste la demanda dentro de los treinta (30) días siguientes a la publicación del edicto. Se le advierte que, de no comparecer o contestar la demanda según ordenado por el Tribunal y notificado en el edicto, el Tribunal procederá a entender en y adjudicar la causa de acción que el Demandante ha levantado contra usted, basado en los remedios solicitados en la demanda.*

Cordially,
*Cordialmente,*

*[signature]*

Sonia M. López del Valle

Attachments
*Anejos*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Julissa M. Fuentes Rivera<br>Urbanización Palacio Imperial<br>A28 Calle Iberos<br>Toa Alta, PR 00953 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 9590 9401 0083 5168 0031 17 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7015 0640 0002 7151 2779 | |
| PS Form 3811, April 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7015 0640 0002 7151 2779

Certified Mail Fee  $3.18
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $
Postage  $.47

OCT 28 2015

Julissa M. Fuentes Rivera
Urbanización Palacio Imperial
A28 Calle Iberos
Toa Alta, PR 00953



270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918

PO Box 364225
San Juan, Puerto Rico 00936

T 787.759.9292

D 787.250.5647
F 787.759.274
Sonia M. López del Valle
Associate
sld@mcvpr.com

October 28, 2015

**BY CERTIFIED MAIL**

Elonto R. Hernández Colón
Urbanización Palacio Imperial
A28 Calle Iberos
Toa Alta, PR 00953

Re: NextGear Capital, Inc. v. CNG Auto Group, Inc, et als., Civil No. 15-1824 (JAG) (CVR)

Dear Mr. Hernández:
Estimado señor Hernández:

Pursuant to Rule 4.6 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A. V, R. 4.6, attached please find copies of the following documents:
De conformidad con la Regla 4.6 de las Reglas de Procedimiento Civil de Puerto Rico, 32 L.P.R.A. V, R. 4.6, adjunto copia de los siguientes documentos:

1) Complaint filed on June 17, 2015;
   Demanda presentada el 17 de junio de 2015;

2) Order issued on October 15, 2015 authorizing service of process by publication; and
   Orden dictada el 15 de octubre de 2015, la cual autoriza el emplazamiento por edicto; y

3) Copy of summons published in El Nuevo Día on October 21, 2015.
   Copia del edicto publicado el 21 de octubre de 2015 en el periódico El Nuevo Día.

You are required to answer the Complaint within thirty (30) days after the publication of the summons. Please be advised that, should you fail to appear, plead or answer the Complaint as ordered by the Court and noticed by the summons, the Court will proceed to hear and adjudicate the Plaintiff's cause against you based on the relief demanded in the Complaint.

Puerto Rico | Washington, DC | mcvpr.com

*Se le requiere que conteste la demanda dentro de los treinta (30) días siguientes a la publicación del edicto. Se le advierte que, de no comparecer o contestar la demanda según ordenado por el Tribunal y notificado en el edicto, el Tribunal procederá a entender en y adjudicar la causa de acción que el Demandante ha levantado contra usted, basado en los remedios solicitados en la demanda.*

Cordially,
*Cordialmente,*

Sonia M. López del Valle

Attachments
*Anejos*



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $                    Postmark
☐ Certified Mail Restricted Delivery  $                  Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total

Elonto R. Hernández Colón
Urbanización Palacio Imperial
A28 Calle Iberos
Toa Alta, PR 00953

OCT 28 2015
00938 - USPS

7015 0640 0002 7151 2823

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

Elonto R. Hernández Colón
Urbanización Palacio Imperial
A28 Calle Iberos
Toa Alta, PR 00953

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

9590 9401 0083 5168 0031 24

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7015 0640 0002 7151 2823

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

8300312


# McConnell
# Valdés LLC

270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918

PO Box 364225
San Juan, Puerto Rico 00936

T 787.759.9292

**D 787.250.5647
F 787.759.274
Sonia M. López del Valle
Associate
sld@mcvpr.com**

October 28, 2015

**BY CERTIFIED MAIL**

**CNG Auto Group, Inc. d/b/a Top Wheels**
Bo. Buena Vista
Carr. 167 Km 15.3
Bayamón, P.R. 00956

Re:   <u>NextGear Capital, Inc. v. CNG Auto Group, Inc, et als.</u>, Civil No. 15-1824 (JAG) (CVR)

Dear Sirs:
*Estimados Señores:*

Pursuant to Rule 4.6 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A. V, R. 4.6, attached please find copies of the following documents:
*De conformidad con la Regla 4.6 de las Reglas de Procedimiento Civil de Puerto Rico, 32 L.P.R.A. V, R. 4.6, adjunto copia de los siguientes documentos:*

1) Complaint filed on June 17, 2015;
   *Demanda presentada el 17 de junio de 2015;*

2) Order issued on October 15, 2015 authorizing service of process by publication; and
   *Orden dictada el 15 de octubre de 2015, la cual autoriza el emplazamiento por edicto; y*

3) Copy of summons published in El Nuevo Día on October 21, 2015.
   *Copia del edicto publicado el 21 de octubre de 2015 en el periódico El Nuevo Día.*

You are required to answer the Complaint within thirty (30) days after the publication of the summons. Please be advised that, should you fail to appear, plead or answer the Complaint as ordered by the Court and noticed by the summons, the Court will proceed to hear and adjudicate the Plaintiff's cause against you based on the relief demanded in the Complaint.

*Se le requiere que conteste la demanda dentro de los treinta (30) días siguientes a la publicación del edicto. Se le advierte que, de no comparecer o contestar la demanda según ordenado por el Tribunal y notificado en el edicto, el Tribunal procederá a entender en y adjudicar la causa de acción que el Demandante ha levantado contra usted, basado en los remedios solicitados en la demanda.*

Cordially,
*Cordialmente,*

Sonia M. López del Valle

Attachments
*Anejos*

Case 3:15-cv-01824-JAG   Document 33-2   Filed 11/13/15   Page 12 of 15







# McConnell Valdés LLC

270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918

PO Box 364225
San Juan, Puerto Rico 00936

T 787.759.9292

D 787.250.5647
F 787.759.274
**Sonia M. López del Valle**
Associate
sld@mcvpr.com

October 28, 2015

**BY CERTIFIED MAIL**

Elonto R. Hernández Colón
Urb Palacio Imperial
1328 Calle Iberos
Toa Alta PR 00953

Re:    <u>NextGear Capital, Inc. v. CNG Auto Group, Inc, et als.</u>, Civil No. 15-1824 (JAG) (CVR)

Dear Mr. Hernández:
*Estimado señor Hernández:*

Pursuant to Rule 4.6 of the Puerto Rico Rules of Civil Procedure, 32 L.P.R.A. V, R. 4.6, attached please find copies of the following documents:
*De conformidad con la Regla 4.6 de las Reglas de Procedimiento Civil de Puerto Rico, 32 L.P.R.A. V, R. 4.6, adjunto copia de los siguientes documentos:*

1) Complaint filed on June 17, 2015;
   *Demanda presentada el 17 de junio de 2015;*

2) Order issued on October 15, 2015 authorizing service of process by publication; and
   *Orden dictada el 15 de octubre de 2015, la cual autoriza el emplazamiento por edicto; y*

3) Copy of summons published in El Nuevo Día on October 21, 2015.
   *Copia del edicto publicado el 21 de octubre de 2015 en el periódico El Nuevo Día.*

You are required to answer the Complaint within thirty (30) days after the publication of the summons. Please be advised that, should you fail to appear, plead or answer the Complaint as ordered by the Court and noticed by the summons, the Court will proceed to hear and adjudicate the Plaintiff's cause against you based on the relief demanded in the Complaint.

*Se le requiere que conteste la demanda dentro de los treinta (30) días siguientes a la publicación del edicto. Se le advierte que, de no comparecer o contestar la demanda según ordenado por el Tribunal y notificado en el edicto, el Tribunal procederá a entender en y adjudicar la causa de acción que el Demandante ha levantado contra usted, basado en los remedios solicitados en la demanda.*

Cordially,
*Cordialmente,*

*[signature]*
Sonia M. López del Valle

Attachments
*Anejos*

