THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NEXTGEAR CAPITAL, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>CNG AUTO GROUP, INC. d/b/a TOP WHEELS; ELONTO R. HERNANDEZ COLON; and JULISSA M. FUENTES RIVERA,<br><br>   Defendants. | CIVIL NO. 15-1824 (JAG) (CVR)<br><br>Breach of Contract,<br>Collection of Monies,<br>Repossession of Personal Property |

## **NOTICE OF INTENT TO OPPOSE MOTION AT DOCKET NO. 35**

TO THE HONORABLE COURT:

COMES NOW Plaintiff NextGear Capital, Inc. ("NextGear"), through the undersigned attorneys, and respectfully states:

1. On April 5, 2016, Counsel for Defendants filed a "Motion for Leave to Appear as Counsel and Request for Brief Extension of Time to Answer Complaint." (Docket No. 35).

2. Pursuant to Local Rule 7(b), it is Plaintiff's intention to file an Opposition to Docket No. 35 on or before April 19, 2016.

RESPECTFULLY SUBMITTED.

IT IS HEREBY CERTIFIED that on this same date, a true and exact copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 11th day of April, 2016.

                    **McConnell Valdés LLC**
*Attorneys for Plaintiff*
*NextGear Capital, Inc.*
270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel.: 787.250.5604
Fax: 787.759.2772
www.mcvpr.com

By: *s/ Antonio A. Arias*
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com

By: *s/ Sonia M. López del Valle*
Sonia M. López del Valle
USDC-PR No. 231413
sld@mcvpr.com