**Sonia M. López Del Valle**                                                                                          EXHIBIT 1

| | |
|---|---|
| **From:** | Quackenbush, Tom <Tom.Quackenbush@NextGearCapital.com> |
| **Sent:** | Friday, May 15, 2015 5:06 PM |
| **To:** | Landreth, Shannon |
| **Cc:** | Vittetau, Michael; Depew, Amy |
| **Subject:** | 84566 FW: CNG Auto Group, Inc. |

Shannon,
Raffy has retained Counsel.

---

**From:** Lcdo. Manuel L. Morales Schmidt [mailto:lcdo.manuelmorales@delgado-morales.com]
**Sent:** Friday, May 15, 2015 4:58 PM
**To:** Depew, Amy
**Cc:** Quackenbush, Tom
**Subject:** CNG Auto Group, Inc.

Dear sirs,

We have been retained by CNG Auto Group, Inc. to address your claim regarding the floor plan granted to them. Upon revision of the email sent by you to my clients, it is patently clear that you have not complied with the conditions of the guaranty contract signed between the parties to demand the return of the inventory or declare default. Should you pursue this course of action and attempt to obtain a court order to recover the units or report your allegations to Manheim Corp., Auction Insurance Agency or any credit bureaus thus causing irreparable damage to our client's business, you shall be liable for any and all damages suffered for your negligent action and your breach of our contract.

Furthermore, your actions regarding the withholding of the unit titles even after the sale of the unit is evidenced and payment for said unit is sent, constitutes a breach of the contract and will cause damages to CNG Auto Group, Inc. since the bank financing the purchase will resolve the financing contract if the title is not submitted to them. This will cause damages to our client's reputation and business. It is in fact your action, withholding the titles, that prevents our client from completing payment of the units contained in the floor plan.

We advise you to contact the undersigning attorney as soon as possible to discuss alternatives to resolve this impasse between the parties.

Cordially,

*Manuel L. Morales Schmidt, Esq.*
*USDCPR No. 301608*

**Morales-Schmidt**
**Estudio Legal y Notaría**
Urb. Sta. Cruz
Esteban Padilla #47 Ste. 1A
Bayamón, P.R. 00961
Tel. (787) 993-2109
Fax (787) 946-1767
www.delgado-morales.com

**AVISO DE CONFIDENCIALIDAD**: El contenido de este correo electrónico pertenece a **MORALES-SCHMIDT** y a su legítimo destinatario(a) y es estrictamente **CONFIDENCIAL**. El mismo está resguardado por las leyes de Puerto Rico y los E.E.U.U. y podría tratarse de una comunicación privilegiada protegida por las relación abogado(a) y cliente. **MORALES-SCHMIDT** maneja sus comunicaciones con estricta diligencia, sin embargo, **SI POR ERROR** usted este correo electrónico, o recibe el mismo por medio de un tercero, sepa que su divulgación y manejo negligente le exponen a responder por los daños que ello ocasione a todos los perjudicados(as) incluyendo a **MORALES-SCHMIDT** y el legítimo destinatario(a).

**EXENCIÓN DE RESPONSABILIDAD: MORALES-SCHMIDT** no será responsable de ningún daño resultante de cualquier modificación o falsificación de un correo electrónico que se originó por nosotros. **MORALES-SCHMIDT** ha adoptado medidas efectivas para prevenir el envío de correos electrónicos contaminados con virus, a pesar de lo cual no podemos garantizar que el presente esté totalmente libre de éstos. Por tanto, **EL RECEPTOR** es responsable de verificar, detectar y eliminar los virus que afecten su sistema.

**SALVEDAD:** La presente comunicación **NO CONSTITUYE** un consejo o asesoramiento legal por parte de **MORALES-SCHMIDT**, salvo que así **MORALES-SCHMIDT** lo indique expresamente.