**Sonia M. López Del Valle**                                    EXHIBIT 2

| | |
|---|---|
| **From:** | Sonia M. López Del Valle |
| **Sent:** | Wednesday, September 16, 2015 5:38 PM |
| **To:** | 'lcdo.manuelmorales@delgado-morales.com' |
| **Cc:** | Antonio A. Arias |
| **Subject:** | NextGear v. Top Wheels, 15-1824 (JAG) |

Dear Brother Counsel:

On or around August 14th, NextGear's local agent (Mr. Angel García) asked your Top Wheels clients for the bills of sale of nine vehicles that they claim were sold. However, your clients asked him to contact you. Are those bills in your possession? If so, could you send us copies of the same?

We would greatly appreciate your cooperation with this matter.

Cordially,

---



**Sonia M. López del Valle** 
Associate
Sld@mcvpr.com
www.mcvpr.com
T (787) 250-5647
F (787) 759-2714

McConnell Valdés, Winner
Puerto Rico Law Firm of the
Year
2012 and 2013

This e-mail and its attachment(s) may be privileged, confidential, and protected from disclosure. Unintended recipient(s) must immediately delete the e-mail and attachment(s), and notify the sender. Pursuant to requirements imposed by the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of avoiding penalties imposed under the United States Internal Revenue Code or promoting, marketing or recommending to another person any tax-related matter.