**EXHIBIT B**

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br>Plaintiff, <br><br>v. <br><br>CNG AUTO GROUP, INC. d/b/a TOP WHEELS; ELONTO R. HERNANDEZ COLON; and JULISSA M. FUENTES RIVERA, <br><br>Defendants. | CIVIL NO. <br><br>Breach of Contract, <br>Collection of Monies, <br>Repossession of Personal Property |

**DECLARATION UNDER PENALTY OF PERJURY
OF KRISTI MILLER**

I, Kristi Miller, of legal age, single, and resident of Indiana hereby state and declare under penalty of perjury the following:

1. I work for NextGear Capital, Inc. ("NextGear") in the position of Director of Risk and, as such, have personal knowledge to declare the following.

2. On August 1, 2014, NextGear and CNG Auto Group, Inc. d/b/a Top Wheels ("Top Wheels") entered into a Demand Promissory Note and Loan and Security Agreement (the "Agreement").

3. In March 2015, NextGear began having automatic payment attempts against Top Wheels' bank account returned because Top Wheels had insufficient funds in its account. That is, Top Wheels missed and failed to pay multiple routine installment payments.

4. Top Wheels has not made a loan payment since April 24, 2015.

5. Top Wheels' outstanding loan balance is currently $556,889.87.

## STATEMENT PURSUANT TO 28 U.S.C. § 1746(2)

I, Krisi Miller, certify under penalty of perjury that the foregoing declaration is true and correct.

Executed on Thursday, the 13th of October, 2016.

*[signature]*

Kristi Miller, Director of Risk