### THE UNITED STATES DISRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

**NEXTGEAR CAPITAL, INC.,**

    Plaintiff

        v.

**CNG AUTO GROUP INC., d/b/a TOP WHEELS; ELONTO R. HERNÁNDEZ COLÓN; and JELISSA M. FUENTES RIVERA**

    Defendants

Civil no. 15-1824

Breach of contract,
Collection of Monies,
Repossession of Personal Property

### NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

    **COMES NOW** the intervenor, Popular Auto, LLC. ("Popular Auto"), through its undersigned attorneys, and respectfully states, alleges, and avers as follows:

    1.    Popular Auto has retained the legal services of the undersigned attorney to represent them on any and all matters related to the captioned case. To that extent, the undersigned respectfully request from this Honorable Court to allow the undersigned as legal representative for Popular Auto LLC.

    **WHEREFORE,** the undersigned attorney prays from this Honorable Court to be allowed as Popular Auto's legal representative.

    **RESPECTFULLY SUBMITTED.**

    In San Juan, Puerto Rico, on this day of October 21, 2016.

1

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsels for Plaintiff and defendants, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**BELLVER ESPINOSA LAW FIRM**
Condominio El Centro I, Suite 801
500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel./Fax: (787) 946-5268

S/Alejandro Bellver Espinosa
Alejandro Bellver Espinosa, Esq.
U.S.D.C. – P.R. 225708
Email: alejandro@bellverlaw.com
