**THE UNITED STATES DISRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| **NEXTGEAR CAPITAL, INC.,**<br>            Plaintiff<br>                    v.<br><br>**CNG AUTO GROUP INC., d/b/a TOP WHEELS; ELONTO R. HERNÁNDEZ COLÓN; and JELISSA M. FUENTES RIVERA**<br>            Defendants | Civil no. 15-1824 (JAG)<br><br>Breach of contract,<br>Collection of Monies,<br>Repossession of Personal Property |

**MOTION FOR LEAVE TO FILE DOCUMENTS IN THE SPANISH LANGUAGE AND TO REQUEST EXTENSION OF TIME TO FILE TRANSLATED DOCUMENTS**

**TO THE HONORABLE COURT:**

**COMES NOW** the intervenor, Popular Auto, LLC. ("Popular Auto"), through its undersigned attorneys, and respectfully states, alleges, and avers as follows:

1.      Today, Popular Auto filed a motion to intervene which included four exhibits in the Spanish language.

2.      Pursuant to Local Rule 5(g) Popular Auto shall file all documents on the English language and/or their translation of the Spanish document into the English language.

3.      Popular Auto therefore respectfully request from this Honorable Court to grant a thirty (30) day extension of time, expiring on November 21, 2016, to file the translated documents that were filed as Exhibits to Popular Auto's Motion to Intervene.

1

**WHEREFORE,** Popular Auto respectfully request from this Honorable Court to grant an extension of time of 30 days, expiring on November 21, 2016, to file the translated documents of Exhibits I-IV, filed together with the Motion for Leave to Intervene.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this October 24, 2016.

**BELLVER ESPINOSA LAW FIRM**
Condominio El Centro I, Suite 801
500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
☎ (787) 946-5268 y 🖹 (787)946-0062


S/Alejandro Bellver Espinosa
Alejandro Bellver Espinosa, Esq.
U.S.D.C. – P.R. 225708
✉ alejandro@bellverlaw.com

2