2015-04-28 00:30 TOPWHEEL     7879986777 >>     P 1/1

# TopWheels
### CNG AUTO GROUP INC.

Carr. 167 Km. 15.3 Bo. Buena Vista Bayamón, PR 00960
Tels: (787) 799-6788 / (787) 998-6775 • Fax: (787) 998-6777
www.topwheelspr.com

**FACTURA**    U-60117
                  PO# 161376
CASO # _____

**CLIENTE:** Popular Auto
**DIRECCION:** Ave. Jesus V. Piñeiro Suite 1901, San Juan
**TEL:** (721) 247-4727
**FECHA DE LA ORDEN:** 23 Abril 12015

**INFORMACION DEL EQUIPO:**
- MARCA: Mercedez Benz
- AÑO: 2012
- MODELO: Sprinter
- COLOR: Blanco
- MILLAJE: 21K
- # SERIE: WDZPE8CC9C5636749
- TABLILLA: 905-111
- ESTILO: Passenger 2,500 Turbo Diesel
- AUTOMOVIL ✓ / USADO ✓

**PRECIO UNIDAD:** $47,995.00

| VEHICULO USADO TOMADO A CAMBIO | | EQUIPO ADICIONAL / ACCESORIOS | |
|---|---|---|---|
| MARCA | TABLILLA | GARANTIA EXTENDIDA | |
| AÑO-MODELO | | TABLILLA | |
| MILLAJE | # SERIE | TRAMITE DE DOCUMENTOS | |
| BALANCE ADEUDADO A | | PRECIO TOTAL | $ |
| CREDITO POR CARRO USADO | $ | CREDITO TOTAL Activo | $8,000.00 |
| BALANCE ADEUDADO | | BALANCE A PAGAR | $39,995.00 |
| CREDITO NETO | | SEGURO | |
| PAGO DE CONTADO | | GAP | |
| CREDITO A SU FAVOR | | SEGURO DE VIDA | |
| OTROS PAGOS | | CARGOS POR FINANCIAMIENTO | |
| CREDITO TOTAL | $ | BALANCE CONTRATO | $ |

**BANCO:** Popular Auto    **TERMINO:** 72

**NOTA IMPORTANTE**
Queda acordado por las partes que todo balance adeudado que a requerimiento del cliente fuera a pagarse a través de un banco, la Casa esperará 5 días para recibir el pago o de lo contrario se financiará a través de nuestra compañía de financiamiento.

**VENDEDOR:** Angel O. Castro

**OBSERVACIONES** | **VENTA PROVIENE DE (ESPECIFIQUE)**
☐ RADIO ☐ PERIODICO ☐ REFERIDO ☐ OTROS
COMENTARIO _____
PRONTO RECOGIDO _____ # RECIBO _____ INICIALES _____
OTROS PAGOS _____ # RECIBO _____ INICIALES _____

Banco