**POPULAR AUTO.**

MILTON RODRIGUEZ
Ejecutivo de Venta

DIVULGACIONES BAJO LA LEY DE ARRENDAMIENTO AL CONSUMIDOR
ARRENDAMIENTO ABIERTO

Fecha de Contrato Original   23 de abril de 2015            Núm. Cliente   19647
Fecha de Arrendamiento      23 de abril de 2015            Unidad   60117

Arrendador(es)   POPULAR AUTO, LLC            Arrendatario(s)   CELLSMART INC

| Cantidad Adeudada a la Fecha de Firmar el Contrato (detallado abajo)* $ 8,000.00 | Pagos Mensuales Su primer pago de $776.70 con fecha de efectividad 4 de mayo de 2015 seguido de 71 pagos de $776.70, vencederos el Cuatro (4to) de cada mes. el total de sus pagos mensuales sera $55,922.40. | Otros Cargos (no forman parte de su pago mensual) Cargo de Disposición   $ 0.00 (Contribución Anual)   0.00 0.00 Total   $ 0.00 | Total de Pagos (La cantidad que usted habrá pagado al finalizar el arrendamiento) $ 55,922.40  Usted adeudará una cantidad adicional si el valor de la propiedad arrendada al finalizar el arrendamiento es menor que el valor residual |

***Detalle de Cantidad Adeudada al Firmar el Arrendamiento***

Cantidad Adeudada al Firmar el Arrendamiento
Rebaja del costo capitalizado           $   8,000.00
Primer pago mensual                         0.00
Depósito de Garantía Reembolsable           0.00
Cargos de Registro                          0.00
ADDL RNT                                    0.00
CP/PL                                       0.00
LGL/APPR                                    0.00
                              Total  $   8,000.00

Cómo se Pagará la Cantidad Adeudada al Firmar el Arrendamiento:
Concesión Neta por Entrega           $       0.00
Rebaja y créditos no en efectivo             0.00
Cantidad a ser pagada en efectivo        8,000.00
                              Total  $   8,000.00

Su pago mensual es determinado según se detalla a continuación:

Costo capitalizado bruto. El valor acordado de la propiedad arrendada ($ 47,995.00) y cualquier cantidad que usted pague a través del término del arrendamiento (tales como contratos de servicios, seguros, y cualquier préstamo anterior al descubierto o balance de arrendamiento)........................................................................... $ 48,790.00
Rebaja costo capitalizado. La cantidad neta de cualquier concesión por entrega, rebaja, crédito no en efectivo, o efectivo pagado por usted que rebaje el costo capitalizado bruto ... - 8,000.00
Costo capitalizado ajustado. La cantidad utilizada al calcular su pago básico mensual ........................... = 40,790.00
Valor residual. El valor de la propiedad arrendada al finalizar el arrendamiento utilizada para calcular su pago básico mensual ...... - 0.00
Depreciación y cualquier cantidad amortizada. La cantidad que se le cobre por la depreciación en el valor de la propiedad arrendada debido al uso normal y por cualquier otro artículo pagado a través del arrendamiento............ = 40,790.00
Cargos de alquiler. La cantidad cobrada además de la depreciación y cualquier cantidad amortizada ............ + 13,692.40
Total de los pagos básicos mensuales. La depreciación y cualquier cantidad amortizada además de los cargos de alquiler ...= 54,482.40
Pagos del arrendamiento. El número de pagos en su arrendamiento........................................................ 72
Pago mensual básico ........................................................................................................................... 756.70
LIC                                                                                                                                                   + 20.00
PL                                                                                                                                                    + 0.00
Total pago mensual ............................................................................................................................ = 776.70

Alquiler y otros cargos. La cantidad total de alquiler y otros cargos impuestos en relación con su contrato $ 14,637.40

Terminación prematura. Puede que usted tenga que pagar un cargo substancial si usted termina este arrendamiento prematuramente. El cargo puede ser varios miles de dólares El cargo efectivo depende de cuándo se termine el arrendamiento Cuanto más temprano usted termine el arrendamiento, mayor será este cargo.

Uso Excesivo. Se le podrá cobrar por uso excesivo basado en nuestro estándar de uso normal.
Opción de Compra al Finalizar el Término del Arrendamiento. Usted tiene una opción de comprar la propiedad arrendada al finalizar el periodo de arrendamiento por $ 0.00 y un gasto de opción de compra de $ 150.00
Otros Términos Importantes. Vea sus documentos de arrendamiento para información adicional sobre terminación prematura, opciones de compra, y responsabilidades de mantenimiento, garantías, cargos por demora o defectos, seguros y cualquier interés garantizado, de ser aplicable.

**DESCRIPCION DE LA PROPIEDAD**

| Año | Marca | Modelo | Estilo | Número de Serie (VIN) | Tablilla |
|---|---|---|---|---|---|
| 2012 | MBNZ | SPRINTER | OTHER STYLE | W0ZPE8CC9C5636749 | 805111 |

Cargos y Contribuciones Oficiales. La cantidad total que usted pagará por cargos por licencia, registro, título y contribuciones a través del periodo de su arrendamiento, ya sean incluido en sus pagos mensuales o de otra manera fijados $ 1,440.00.
Seguros. Los siguientes tipos o cantidades de seguros será obtenidos en relación con este arrendamiento
USTED PROVEERA EL SEGURO COMP/COLL $500 DED. Y RESP. PUBLICA 100/300/50.

Responsabilidad al Finalizar el Término. 1. Arrendamiento de Consumo donde el Total de Pagos sea $ 54,600.00 o menos  (a) El valor residual ($ 0.00) de la propiedad arrendada está basado en un estimado razonable y de buena fe del valor de la propiedad arrendada al finalizar el término del arrendamiento Si el valor actual de la propiedad arrendada en dicho momento es mayor que el valor residual, usted no tendrá responsabilidad alguna bajo este arrendamiento, exceptuando el cargo ya incurrido y tiene derecho a un crédito o reembolso de cualquier sobrante Si el valor actual de la propiedad arrendada es menor que el valor residual, usted será responsable por cualquier diferencia hasta la cantidad de $ N/A  (3 veces el pago mensual) Para cualquier diferencia en exceso de esa cantidad, usted será responsable solamente si:

1. Uso o daño excesivo según descrito en el párrafo 16 del Contrato de Arrendamiento representa más uso de lo normal resultando en un valor menor al usual al finalizar el término.
2. El asunto no es de otra manera resuelto y nosotros prevalecemos en una demanda en su contra solicitando un pago mayor
3. Usted voluntariamente acuerda con nosotros al finalizar el periodo de Arrendamiento a hacer un pago mayor

De nosotros radicar una demanda en su contra, tenemos que probar que nuestro estimado original de la propiedad arrendada al finalizar el periodo de arrendamiento era razonable y fue hecha de buena fe. Por ejemplo, podemos probar que el actual era menos que el valor estimado original, aunque el estimado original era razonable, dado a una declinación no anticipada en el valor de ese tipo de propiedad arrendada También debemos pagar sus gastos de abogados.

PAL-122/12-14  (L)

(b) Si usted no está de acuerdo con el valor que le asignamos a la propiedad arrendada, usted podrá obtener, a su costo, de una tercera persona independiente, que sea de nuestro mutuo acuerdo, una tasación profesional del valor al por mayor de la propiedad arrendada que pudiera obtenerse en la venta. El valor de la tasación luego será utilizado como el valor actual.

2. Arrendamientos Comerciales y Arrendamientos de Consumo donde el Total de Pagos sea mayor de $ __54,600.00__ (a) el valor residual ($____0.00__) de la propiedad está basado en un estimado razonable y de buena fe del valor de la propiedad arrendada al finalizar el término de arrendamiento.

Normas para Uso. Las siguientes normas son de aplicación para determinar exceso de uso no razonable de la propiedad arrendada:
Según Contrato de Arrendamiento.

Mantenimiento.
Usted será responsable por el siguiente mantenimiento y servicio de la propiedad arrendada:
Según Requiere el Manufacturero y el Contrato de Arrendamiento

Nosotros somos responsables por el mantenimiento y servicio de la propiedad arrendada:
N/A

Garantías. La propiedad arrendada está sujeta a las siguientes garantías explícitas:
Según lo estipula el Manufacturero y/o el Vendedor o "Dealer".

Terminación Prematura y Defectos. (a) Usted podrá terminar este arrendamiento antes del final del período de arrendamiento bajo las siguientes condiciones:
Usted podrá terminar el Arrendamiento antes del final del período de arrendamiento, vea párrafo Núm. 21 del Contrato y Anejo de Arrendamiento de Consumo, si aplica.

El cargo por dicha terminación prematura es:
Vea el párrafo Núm. 21 de su Contrato de Arrendamiento y el Anejo de Arrendamiento de Consumo, si aplica.

(b) Nosotros podemos dar por terminado este arrendamiento antes de finalizar el período de arrendamiento bajo las siguientes condiciones.
Vea el párrafo Núm. 14 de su Contrato de Arrendamiento y el Anejo de Arrendamiento de Consumo, si aplica.

Al surgir dicha terminación nosotros tendremos derecho al(los) siguiente(s) cargo(s) por
Vea el párrafo Núm. 14 y 15 de su Contrato de Arrendamiento y el Anejo de Arrendamiento de Consumo, si aplica.

(c) Al grado que estos cargos consideran el valor de la propiedad arrendada al terminar el Arrendamiento, si usted no está de acuerdo con el valor que nosotros le asignemos a la propiedad arrendada, usted podría obtener, a su costo, de una tercera persona independiente, que sea de nuestro mutuo acuerdo, una tasación profesional del valor al por mayor de la propiedad arrendada que pueda ser obtenida en la venta. El valor de la tasación luego será utilizado como el valor actual.

Interés Garantizado. Nosotros nos reservamos el derecho de interés garantizado del siguiente tipo en la propiedad detallada a continuación para asegurar el desempeño de sus obligaciones de acuerdo a este Arrendamiento:
N/A

Pagos Tardíos. El recargo por pagos tardíos es de 5% de la cantidad en atraso

Opción de Compra de la Propiedad Arrendada Antes de Espirar el Arrendamiento. Usted tiene una opción de comprar la propiedad arrendada antes de vencer el término como sigue: 1. Arrendamiento de Consumo: En el caso que el Término no exceda sesenta (60) meses, el pago de liquidación que será computado de acuerdo al método conocido como "Regla 78", más un 5% de indemnización por el balance prepagado o el equivalente a un mes de alquiler, el que sea menor. Si el Término excede sesenta (60) meses, el pago de liquidación será computado basado en la cantidad del Valor Actual del Contrato a la fecha de liquidación, más una indemnización de 5% del balance pagado por adelantado o el equivalente de un mes, lo que sea menor. 2. Arrendamiento Comercial o Negocio: Usted pagará la suma del Valor al Presente del Arrendamiento, más cualquier otra cantidad al descubierto bajo el Arrendamiento, una compensación de un mes de renta o 5% del balance pre-pagado, lo que sea mayor

Suplidor o persona responsable de honrar las garantías del fabricante ___CNG AUTO GROUP INC. DBA TOP WH___

Detalle del "Costo capitalizado bruto"

| | | | | |
|---|---|---|---|---|
| Precio del Vehículo o Equipo | $ 47,995.00 | Seguros | $ | 0.00 |
| Accesorios | $ 0.00 | Balance Capitalizado | $ | 0.00 |
| Otro Equipo | $ 0.00 | Gastos Legales | $ | 0.00 |
| Costos de Originación | $ 795.00 | Tasación | $ | 0.00 |
| Seguro de Todo Riesgo | $ 0.00 | Arbitrios | $ | 0.00 |
| | | Contrato de Servicio | $ | 0.00 |

Precio de Compra ___47,995.00___
Costo de la propiedad arrendada ___47,995.00___
Pronto Pago a Popular Auto, LLC ___0.00___
Tasa de Interés ___10.050000___ La tasa de interés indicada puede no reflejar el costo total de arrendamiento
Condiciones para Asumir el Contrato Sujeto a aprobación de crédito por el Arrendador

Las partes acuerdan que, siempre y cuando no ocurra una o más de las causas de incumplimiento descritas en este Arrendamiento, Popular Auto, LLC le entregará a Usted el marbete del vehículo, luego de que Usted nos entregue el certificado de inspección o cualquier otro documento requerido por el D.T.O.P. relacionado con el cumplimiento de la Ley 22 del 7 de enero de 2000 (Inspección Anual del Vehículo(s)), si ocurre o continúa ocurriendo una o más causas de incumplimiento, nosotros podemos tomar cualquier acción de ley o equidad necesaria o conveniente para cobrar las cantidades vencidas o por vencer bajo este Arrendamiento o para hacer cumplir los términos y condiciones bajo este Arrendamiento o cualquier otro documento, incluyendo, pero no limitado, a retener el marbete hasta que Usted cumpla con todas sus obligaciones bajo este Arrendamiento.

ARRENDADOR:

POPULAR AUTO, LLC

ARRENDATARIO
_[signature]_
CELLSMART INC
Fecha: 23 de abril de 2015

CODEUDOR

Fecha: 23 de abril de 2015

GARANTIZADOR
_[signature]_
Fecha: 23 de abril de 2015

TESTIGO
_[signature]_
Fecha: 23 de abril de 2015

CELLSMART INC
PRADERAS DEL RIO
3272 C/ MONTE LA MINA
TOA ALTA PR 00953

Núm Sol   20151111053000A

PAL-122/12-14  (L)

PL74125

# POPULAR AUTO.

Contrato de Arrendamiento de Vehículos
Contrato     02-500-19647

USTED (EL "CLIENTE ARRENDATARIO") ESTA SOLICITANDO A LA COMPAÑIA DE ARRENDAMIENTO ("NOSOTROS O NUESTRA") QUE COMPRE EL VEHICULO IDENTIFICADO EN LOS ANEJOS CORRESPONDIENTES PARA SU USO PARA INDUCIRNOS A HACER ESTA COMPRA, USTED HA ACORDADO LOS SIGUIENTES TERMINOS Y CONDICIONES:

1  ARRENDAMIENTO Usted está de acuerdo en arrendar de nosotros y nosotros acordamos arrendarle a usted el vehículo identificado en los anejos correspondientes, conjuntamente con cualquier pieza de repuesto, adiciones o reparaciones (el "Vehículo"), de acuerdo a los términos estipulados en este Acuerdo de Arrendamiento de Vehículo (el "Arrendamiento") Usted nos autoriza a corregir errores en este Arrendamiento que sean obvios y a insertar el número del Arrendamiento, el número de serie y otra data que identifique el Vehículo, después de nosotros haber otorgado este Arrendamiento. Usted está de acuerdo en que este Arrendamiento es un contrato de arrendamiento financiero de acuerdo a la Ley Núm. 76 del 13 de agosto de 1994, conocida como "Ley para Regular los Contratos de Arrendamientos de Bienes Muebles", según enmendada, no empece cualquier otra disposición de ley existente

2  TERMINO El término de este Arrendamiento comenzará en la fecha en que a su requerimiento, sea expedida por nosotros la orden de compra, y terminará en la fecha de expiración del total de meses especificados en cualquier anejo correspondiente, bajo el "Término del Arrendamiento". Una vez comience, usted acuerda que este Arrendamiento permanecerá en vigor por el término completo especificado en el acepo correspondiente y por cualquier prórroga del mismo o hasta que nosotros le transfiramos el título del Vehículo a usted (el "Término") Pagos hechos de antemano no serán reembolsables si el Término de este Arrendamiento no comienza, por cualquier razón, o si este Arrendamiento es debidamente terminado por nosotros

3  ALQUILER Y OPCION DE COMPRA- Usted acuerda pagarnos renta mensual por el Término completo y por la cantidad indicada en el correspondiente acepo bajo "Pago Mensual Básico" La fecha de vencimiento mensual y la fecha de vencimiento del primer pago será fijada por nosotros, pero la misma no será a más de 30 días desde la fecha en que usted acepte la entrega del Vehículo Si el pago del primer mes de alquiler, así como el último mes de alquiler serán pagados por adelantado al momento de otorgarse el Arrendamiento Si cualquier pago o parte del mismo quedase sin pagar por más de diez (10) días después de su vencimiento, nosotros podremos cobrarle un recargo de 5% sobre la cantidad ya atrasada El tiempo es esencial en cuanto a todos los pagos vencidos y todas sus obligaciones bajo este Arrendamiento Para propósitos de determinar la fecha de vencimiento de los pagos, la Fecha de Comienzo o la Fecha de Expiración, según sea el caso, para cualquier Vehículo arrendado durante cualquier día del mes comienza, se entenderá que es el día Cuatro (4to) del siguiente mes  Si el Arrendamiento es un arrendamiento financiero abierto, según éste se define en la Ley Núm. 76 de 13 de agosto de 1994, usted tendrá la opción de comprar el Vehículo por una cantidad igual a la específica en el correspondiente Anejo bajo "Opción de Compra", si usted ha efectuado debidamente todos los pagos y no está de otra manera en incumplimiento bajo este Arrendamiento. En otro tipo de arrendamiento, nosotros le podremos ofrecer y acordar con usted una opción de compra del Vehículo, pero no estamos obligados a ello.

4  DEPOSITO DE GARANTIA Para garantizar sus obligaciones con nosotros, usted pagará un depósito de garantía en la cantidad indicada en el correspondiente anejo bajo "Depósito de Garantía" al momento de otorgar este Arrendamiento Si el Arrendamiento no se lleva a cabo por razones ajenas a nosotros, retendremos el depósito para pagar nuestros gastos administrativos. Si hubiese un recanuente del depósito al finalizar el Término y usted ha cumplido con todas sus obligaciones, nosotros le devolveremos el remanente sin intereses

5  ENTREGA Usted acuerda que nosotros no somos responsables por la entrega del Vehículo Usted no tendrá reclamación alguna contra nosotros si el fabricante o suplidor (colectivamente, el "Suplidor" en este Arrendamiento) incurre en demora en la entrega o instalación del Vehículo o si el acceso no fuera satisfactorio por cualquier razón

6  SELECCION Y COMPRA DEL VEHICULO: Usted entiende y acuerda que (A) NOSOTROS NO SELECCIONAMOS EL FABRICANTE, NI SUPLIMOS NI INSPECCIONAMOS EL VEHICULO Y NO TENEMOS PERICIA EN RELACION AL VEHICULO, (B) USTED SELECCIONO AL SUPLIDOR Y EL VEHICULO BASADO EN SU PROPIO JUICIO, (C) NOSOTROS ESTAMOS COMPRANDO EL VEHICULO A SU SOLICITUD SOLAMENTE CON EL PROPOSITO DE ARRENDARSELO, (D) ANTES DE FIRMAR ESTE ARRENDAMIENTO USTED RECIBIO Y APROBO CUALQUIER CONTRATO DE COMPRAVENTA ENTRE NOSOTROS Y EL SUPLIDOR; Y (E) USTED HA SIDO ACONSEJADO POR ESCRITO (O SE LE ESTA ACONSEJANDO EN ESTE ARRENDAMIENTO) QUE USTED PUEDE TENER DERECHOS EN CONTRA DEL SUPLIDOR DE ACUERDO AL CONTRATO DE COMPRAVENTA (SI ALGUNO) Y QUE USTED PUEDE COMUNICARSE CON EL SUPLIDOR PARA ENTERARSE CUALES SON ESTOS DERECHOS CONTRA EL SUPLIDOR (SI ALGUNO)

7  CONDICIONES IMPORTANTES: Usted entiende y acuerda que

(A) USTED NO PODRA CANCELAR O REVOCAR ESTE ARRENDAMIENTO EN MOMENTO ALGUNO POR RAZON ALGUNA

(B) USTED ESTA INCONDICIONALMENTE OBLIGADO A PAGAR TODOS LOS PAGOS DEL ARRENDAMIENTO Y OTRAS CANTIDADES VENCIDAS POR EL TERMINO COMPLETO NO IMPORTA LO QUE SUCEDA, AUN SI EL VEHICULO LE ES ROBADO, DAÑADO O DESTRUIDO, SI TIENE DEFECTOS, O SI USTED YA NO PUEDE UTILIZARLO

(C) LE ESTAMOS ARRENDANDO EL VEHICULO A USTED "COMO ESTA" Y NO LE HEMOS HECHO REPRESENTACION NI GARANTIA, YA SEA EXPRESA O IMPLICITA (INCLUYENDO CUALQUIER GARANTIA IMPLICITA DE FUNCIONALIDAD O CONVENIENCIA PARA UN PROPOSITO EN PARTICULAR), RELACIONADO CON EL VEHICULO NOSOTROS REPUDIAMOS TODAS DICHAS GARANTIAS DE CUALQUIER NATURALEZA QUE ESTAS SEAN NOSOTROS ACORDAMOS EN TRANSFERIR A USTED TODAS LAS GARANTIAS SI ALGUNA, HECHAS POR EL SUPLIDOR A NOSOTROS

(D) NO SEREMOS RESPONSABLES POR CUALQUIER PERDIDA O DAÑO A USTED O A CUALQUIER OTRA PERSONA O PROPIEDAD (Incluyendo ganancias pérdidas o daños consecuentes, incidentales o especiales) CAUSADOS POR EL VEHICULO O POR FALLAS EN SU OPERACION

(E) USTED ENTIENDE QUE NOSOTROS Y EL SUPLIDOR SOMOS DOS COMPAÑIAS SEPARADAS E INDEPENDIENTES, Y QUE NI EL SUPLIDOR NI CUALQUIER OTRA PERSONA ES NUESTRO AGENTE. USTED ACUERDA QUE NINGUNA REPRESENTACION, O GARANTIA DE PARTE DEL SUPLIDOR O CUALQUIER OTRA PERSONA NOS OBLIGA, Y QUE NINGUN INCUMPLIMIENTO DE PARTE DEL SUPLIDOR O CUALQUIER OTRA PERSONA LO EXONERAN DE SUS OBLIGACIONES PARA CON NOSOTROS. USTED TAMBIEN ENTIENDE QUE SOLAMENTE NUESTRO PRESIDENTE, VICE PRESIDENTE DE FINANZAS Y/O NUESTRO CONTRALOR, ESTAN AUTORIZADOS A RENUNCIAR O ALTERAR CUALQUIER TERMINO DE ESTE ARRENDAMIENTO

(F) SI EL VEHICULO NO OPERA SEGUN REPRESENTADO POR EL SUPLIDOR, O SI EL SUPLIDOR O CUALQUIER OTRA PERSONA DEJARE DE PROVEER CUALQUIER SERVICIO, O SI EL VEHICULO NO ES SATISFACTORIO POR CUALQUIER OTRO MOTIVO, USTED PRESENTARA SU RECLAMACION UNICAMENTE CONTRA EL SUPLIDOR U OTRA PERSONA Y NO CONTRA NOSOTROS

8  REPARACIONES Y SERVICIO: Usted entiende que nosotros no somos responsables por las reparaciones o servicio al Vehículo Usted utilizará el Vehículo para el propósito descrito para el mismo, lo mantendrá en buenas condiciones y le dará servicio al Vehículo como y cuando sea necesario Todas las piezas de repuesto y adiciones al Vehículo vendrán a ser propiedad nuestra

9. USO: EN CUMPLIMIENTO CON EL ARTICULO 8 DE LA LEY PARA REGULAR LOS CONTRATOS DE ARRENDAMIENTOS DE BIENES MUEBLES, SIN PERJUICIO DE CUALQUIER OTRA DISPOSICION DE LEY EXISTENTE, NOSOTROS HEMOS INVESTIGADO EN CUANTO AL USO QUE SE LE DARA AL VEHICULO (YA SEA USO DE CONSUMO O USO COMERCIAL), Y USTED REPRESENTA Y GARANTIZA QUE EL Vehículo SERA UTILIZADO UNICAMENTE PARA PROPOSITOS DE (1) NEGOCIO, COMERCIO O AGRICULTURA O (2) USO PERSONAL, DE FAMILIA O PROPOSITOS CASEROS, SEGUN INDICADO EN EL CORRESPONDIENTE ANEJO DE DIVULGACION Usted no (a) le hará alteraciones al Vehículo ni (b) permitirá que el mismo sea utilizado por otra persona que no sean sus empleados (en el caso de arrendamientos comerciales) Nosotros tenemos el derecho de inspeccionar el Vehículo en cualquier momento razonable. Usted garantiza que el Vehículo se utilizará y operará en cumplimiento con todas las leyes relacionadas con su posesión, uso o mantenimiento, y, con la relación a los vehículos de pasajeros bajo ninguna circunstancia el Vehículo será utilizado como vehículo de alquiler para la transportación de mercadería o de pasajeros Ningún Vehículo será utilizado para la transportación de materiales peligrosos, drogas ilegales o armas ilegales, o para cualquier otro propósito contrario a la ley, además, ningún Vehículo será utilizado para competencia de velocidad o ninguna otra concurso o actividad similar

10. RIESGO DE PERDIDA, DAÑO, SEGURO: Usted es responsable por cualquier robo, pérdida, destrucción o daño al Vehículo debido a cualquier causa, esté o no asegurado, desde el momento que el Vehículo le sea enviado a usted hasta que el mismo nos sea devuelto NINGUN ROBO, PERDIDA O DAÑO MODIFICARA SUS OBLIGACIONES BAJO ESTE ARRENDAMIENTO, LAS CUALES CONTINUARAN EN TOTAL FUERZA Y VIGOR Usted mantendrá el Vehículo asegurado contra todo riesgo de pérdida por una cantidad no menor que la cantidad completa de reemplazo, y nos registrará a nosotros o, a requerimiento nuestro, a nuestros cesionarios, como beneficiario de la pérdida. También obtendrá seguro de responsabilidad pública, registrándonos a nosotros o, a requerimiento nuestro, o nuestros cesionarios, como asegurado adicional por cantidades aceptables para nosotros Usted acuerda que todas dichas seguros serán obtenidos con compañías reconocidas a hacer negocios en el Estado Libre Asociado de Puerto Rico, y que estén clasificadas A o mejor por AM Best Co., y bajo pólizas que nos den el derecho de treinta (30) días de notificación por escrito antes de cancelar o alterar la póliza. Usted acuerda el someternos evidencia satisfactoria y por escrito de todos dichos seguros USTED ACUERDA QUE SI USTED DEJARE DE OBTENER DICHOS SEGUROS, NOSOTROS PODEMOS (PERO NO ESTAMOS OBLIGADOS) OBTENER Y COBRARLE A USTED LOS MISMOS, EN CUYO CASO NOSOTROS SEREMOS EL UNICO ASEGURADO Y USTED NO TENDRA DERECHO ALGUNO BAJO LA POLIZA DE SEGURO Además, debido al aumento en el riesgo de pérdida para nosotros cuando el Vehículo no está asegurado, usted acuerda pagarnos cada mes un cargo por riesgo estipulado en 0.25% de nuestro costo original del Vehículo hasta que nos provea con prueba adecuada de cubierta de seguro, sin embargo, usted acuerda que aunque usted no tenga derecho a beneficios de seguro de nosotros, usted será responsable por toda pérdida, y dicho cargo por riesgo no es un sustituto del requisito de cubierta de seguro bajo este Arrendamiento USTED POR LA PRESENTE NOS DA PODER PARA SOLICITAR BENEFICIOS DE SEGUROS Y ENDOSAR CHEQUES RECIBIDOS EN PAGO El producto de dichos seguros, a opción suya, y siempre y cuando usted no haya incumplido bajo este Arrendamiento, de otra manera, a nuestra opción, será aplicado (i) hacia el reemplazo, restauración o reparación del Vehículo, (ii) hacia el pago de sus obligaciones bajo este Arrendamiento Nosotros no estamos obligados a confirmar la existencia de cubierta de seguro, a extender dicha cubierta de seguro o a notificarle si el mismo no cumpliese con los requisitos de este Arrendamiento. En cumplimiento con las disposiciones de la Ley Núm. 253 del 27 de diciembre de 1995, conocida como "Ley de Seguro de Responsabilidad Obligatorio para Vehículos de Motor", usted también acuerda cumplir con cualquier regla, reglamento o procedimiento promulgado al amparo de la Ley 253 por el Comisionado de Seguros de Puerto Rico.

11. IMPUESTOS Y OTROS CARGOS  Usted entiende que:

(A) Este es un arrendamiento "Neto", y en adición al cargo por alquiler mensual, usted acuerda pagar todos los impuestos (incluyendo, sobre ventas, uso, propiedad personal y otros impuestos) y otras partidas o penalidades de cualquier tipo que puedan ser cobradas o impuestas en relación al arrendamiento, uso o traspaso del Vehículo. Usted será responsable de la radicación de cualquier documento o relacionado con dichos impuestos o partidas ante la autoridad contributiva pertinente. Si usted dejare de pagar cualquier cantidad en adición al cargo de alquiler mensual, nosotros podremos, a nuestra discreción, hacer dicho pago y usted acuerda reembolsarnos, a nuestro requerimiento, por cualquier gasto, así como el interés sobre el mismo a razón del 3% por mes, más cualquier otro gasto necesariamente incurrido. Cualquier pago hecho por nosotros, más los intereses y gastos antes mencionados, serán pagaderos simultáneamente con el próximo pago de alquiler mensual.

(B) LOS SIGUIENTES ACUERDOS Y PROMESAS EN ESTA SECCION 11(B) APLICAN A MENOS QUE NOSOTROS INDIQUEMOS EN EL CORRESPONDIENTE ANEJO QUE ES UN ARRENDAMIENTO FINANCIERO ABIERTO: (i) Usted acuerda que para propósito de contribuciones sobre ingreso federal, estatal y local, nosotros somos los dueños del Vehículo, y que tenemos el derecho a todos los beneficios relacionados con el Vehículo, tales como depreciación, deducciones y créditos, (ii) usted se compromete a no tomar ninguna acción que sea inconsistente con nuestra titularidad, y no reclamará ser el dueño del Vehículo en su planilla de contribución o para cualquier propósito, y (iii) si nosotros perdiéramos cualquier beneficio contributivo o sufriera cualquier otro daño, tal como que se nos impongan intereses o penalidades de parte de cualquier autoridad contributiva como resultado de su incumplimiento de estas promesas a nosotros, usted nos pagará la cantidad de la pérdida de dichos beneficios y nos indemnizará (reembolsará) por dichos daños. Estas promesas continuarán en vigor después de expirar el Término

12  INDEMNIZACION  Usted acuerda indemnizar, liberamos de toda responsabilidad, defender y en general liberamos a nosotros, a nuestros oficiales, directores y empleados, irrespectivamente de cualquier obligación debido a negligencia, contra cualquier reclamación, acción, procedimientos, responsabilidades, pérdidas, daños, costos y gastos legales que surjan en relación con el Vehículo, incluyendo sin limitación, gravámenes, embargos, mandamientos judiciales, ejecuciones, y nos notificará inmediatamente por escrito de la radicación del mismo, y nos indemnizará por cualquier pérdida que resulte del mismo  En adición, por la presente usted acuerda en todo momento indemnizarnos y asumir todo riesgo contra daño, robo, pérdida o destrucción parcial del Vehículo de cualquier causa posible  Usted acuerda también indemnizar, liberamos de toda responsabilidad, defender y en general liberamos a nosotros, a nuestros oficiales, directores y empleados contra cualquier responsabilidad por pérdida o daño (incluyendo daños consecuentes) de cualquier carga u otra propiedad transportada en o sobre cualquier Vehículo o remolque arrastrado por un Vehículo  Esta promesa continuará en vigor después de finalizar el Término.

13  TITULO  Usted entiende que el Vehículo es y permanece como propiedad nuestra, y que nosotros mantendremos titularidad exclusiva sobre el mismo durante todo el Término. Usted acuerda que éste es un "arrendamiento financiero" de acuerdo a los términos de la Ley Núm. 76, y no uno con intención de perfeccionar un interés garantizado para propósitos de la Ley Núm. 208 del 19 de agosto de 1996, según enmendada, conocida como la "Ley de Transacciones Comerciales". Si en algún momento se determine que este Arrendamiento no es un arrendamiento financiero, usted por la presente nos otorga un interés garantizado sobre el Vehículo y acuerda que las declaraciones de financiamiento crearán una garantía perfeccionada a nuestro favor POR LA PRESENTE USTED NOS OTORGA PODER PARA OTORGAR Y RADICAR LAS DECLARACIONES DE FINANCIAMIENTO  USTED ACUERDA PAGAR NUESTROS GASTOS DE RADICACION Y OTROS GASTOS ADMINISTRATIVOS Y DE PROCESAMIENTO Usted no permitirá que se le impongan gravamen alguno o carga al Vehículo y nos notificará inmediatamente en caso de que el Vehículo le sea impuesto una carga o gravamen. Si nosotros le supliésemos rótulos indicando que nosotros somos el dueño del Vehículo, usted fijará dichos rótulos y los mantendrá en un sitio visible en el Vehículo.

(Continúa al dorso)

PAL-123 / 11-02   (L)

(A) Inscripción de Vehículos y Costos de Licencia. Será responsabilidad de nosotros obtener, a nombre nuestro, la inscripción correspondiente de cada Vehículo, incluyendo el Título, licencia y tablilla del mismo, sin embargo, nosotros podemos requerirle a usted el reembolso de dichos gastos, o requerir de usted el pago, conjuntamente con el cánon de arrendamiento mensual, de una cantidad proporcional del costo anual de la licencia, incluyendo cualquier aumento en los costos para obtener la licencia, la abultando o la exención incurridos por nosotros con respecto a cada Vehículo arrendado. Según dispuesto en la Sección 5-1302(d) de la Ley Núm 141 del 20 de julio de 1960, según enmendada, será su responsabilidad inspeccionar anualmente el Vehículo y proveernos oportunamente con evidencia escrita de dicha inspección antes de la fecha de vencimiento para la renovación del registro del Vehículo. Nosotros le entregaremos el marbete del Vehículo luego de que usted nos entregue el certificado de inspección. Usted acuerda indemnizarnos y/o reembolsarnos por cualquier multa o penalidad impuesta por violaciones a la Ley Núm. 141 ocasionadas por su incumplimiento de la obligación anterior.

14. INCUMPLIMIENTO Usted acuerda que nosotros podemos declararlo a usted en incumplimiento si usted: (a) dejare de efectuar cualquier pago por un período de diez (10) días después de su fecha de vencimiento, (b) no cumpliere con cualquier otro Término de este Arrendamiento o cualquier otro acuerdo que usted tenga con nosotros; (c) se radicare cualquier acción en su contra mediante la cual le forcen o graven el Vehículo; (d) usted (o cualquier garantizador a este Arrendamiento) muriere, fuere declarado judicialmente incompetente, adviniere insolvente, incurre o diere su consentimiento a una cesión para el beneficio de acreedores, radicare o permitiere que se radique en su contra un procedimiento de quiebra, vendiere todo o sustancialmente todos sus activos, briere o diere su consentimiento al nombramiento de un administrador o síndico, o dejare de hacer negocios; (e) si cualquier certificación, estado, representación, o garantía provista por usted o cualquier garantizador resultare ser falsa en cualquier aspecto material; (f) si la condición de sus asuntos o de cualquier garantizador a este Arrendamiento cambiare de manera que, en nuestra opinión, pondrá en peligro nuestra garantía o consetare el riesgo de crédito extendido. Si cualesquiera de estos incumplimientos ocurriere, usted acuerda que nosotros podemos tomar, las demanda o notificación de clase alguna, una o todas de las siguientes acciones, en adición a otras acciones disponibles por ley.

(A) dar por terminado el Arrendamiento y/o demandar por (i) todo renta ya vencida o por vencer durante el tiempo no expirado del Término, (ii) el valor residual dado al Vehículo por nosotros al comienzo del Arrendamiento, (iii) todos los recargos por demora y cualesquiera otros cargos vencidos y a vencer, y (iv) los gastos detallados en la Sección 15 abajo, y

(B) Si nosotros diéremos por terminado el Arrendamiento, usted inmediatamente nos devolverá el Vehículo, según provisto en el apartado 16 abajo, o nosotros podemos demandar para obtener una orden de reposesión del tribunal. En adición, (i) todos sus derechos sobre el Vehículo terminarán, (ii) nosotros podemos vender el Vehículo según provisto en (C) abajo; y (iii) nosotros, además, podemos demandar por todas las cantidades detalladas en el apartado 15(A) arriba sin necesidad de primero vender el Vehículo. Usted acuerda que nosotros no estaremos obligados a reposeer o vender el Vehículo, y que usted renuncia a cualquier derecho bajo cualquier ley que de otra manera disponga.

(C) PROCEDIMIENTO DE VENTA DEL Vehículo EN CASO DE DEVOLUCIÓN, REPOSESIÓN O INCUMPLIMIENTO. Usted acuerda que nosotros podemos vender el Vehículo si usted devuelve el mismo y no ejercita su opción de comprar el mismo, si usted está bajo incumplimiento, o si nosotros obtenemos la reposesión del Vehículo, ya sea mediante entrega voluntaria o le embargo a través de procedimientos judiciales. En cualesquiera de dichos casos, nosotros podemos recibir ofertas de terceras personas para comprar el Vehículo, y le notificaremos de dichas ofertas por correo certificado a su última dirección conocida. Usted tendrá un período de quince (15) días para mejorar la oferta y adquirir el Vehículo y/o pagar la cantidad al descubierto. Si luego de la expiración de dicho período usted no mejora la oferta, nosotros procederemos a vender el Vehículo a la tercera persona que hizo la mejor oferta o estableceremos un arrendamiento por dicha cantidad. Si después que nosotros obtengamos posesión del Vehículo no recibamos ofertas de terceras personas para la compra del Vehículo dentro de un período de quince (15) días, le notificaremos de estas circunstancias a través de una carta certificada y le otorgaremos un período de quince (15) días para que usted consiga un comprador y/o nos pague las cantidades al descubierto. De usted proceder a pagarnos, nosotros le transferiremos el título del Vehículo a usted. En la eventualidad de que el Producto Neto de Venta de cualquier Vehículo exceda el balance adeudado por usted, nosotros le pagaremos a usted la diferencia. De igual manera, cuando el balance adeudado con relación a cualquier Vehículo al finalizar el Arrendamiento excede el Producto Neto de Venta del mismo, usted, al serle requerido, procederá a pagarnos dicho exceso. Producto Neto de Venta significa el producto de venta bruto obtenido por nosotros de la venta del Vehículo, menos cualquier cantidad adeudada por usted a nosotros en dicho momento de acuerdo a este Arrendamiento, menos cualquier gasto posible, incluyendo sin limitación, transportación, remoción, reparación, gastos de venta, por los cuales si dichos gastos no fueran pagados usted sería responsable, o si al no pagarlos resultaría en la imposición de un gravamen sobre el Vehículo.

15. GASTOS DE COBRO Y/O REPOSESIÓN Usted acuerda pagar todas nuestras costas y gastos de cobro y/o reposesión de dinero luego de su incumplimiento, incluyendo, pero sin limitarse a (a) gastos de abogados equivalentes a 30% de la cantidad de nuestra reclamación o $1,500, cualquiera que sea mayor; (b) costas y honorarios de abogados razonables para obtener la orden de reposesión y/o cobro de dinero ya sea vía judicial o extrajudicial; (c) gastos de la demanda, (d) $250.00 para cubrir nuestros gastos internos generales de cobro, (e) todo otro gasto en efectivo razonable. Usted acuerda en este momento que las cantidades antes mencionadas son estimados buenos y razonables de nuestros costas de reposesión y que los mismos no son penalidades.

16. DEVOLUCIÓN DEL VEHÍCULO Al finalizar el Término, o si usted está bajo incumplimiento y nosotros efectuamos un requerimiento por escrito, usted, a su costo, nos devolverá el Vehículo a un sitio razonable a ser designado por nosotros. Usted acuerda tener el riesgo de pérdida en tránsito. Si usted dejare de devolvernos el Vehículo dentro de diez (10) días después de la finalización del Término, usted acuerda que nosotros tendremos la opción de extenderle el Arrendamiento a base de mes-a-mes bajo los términos contenidos en este Arrendamiento, excepto que nosotros no podemos extender este Arrendamiento si usted ha efectuado todos los pagos vencidos de acuerdo al Arrendamiento y nosotros hemos acordado en una opción de compra de $1.00. Usted acuerda devolver el Vehículo en buen estado y funcionamiento y nos pagará por los daños que el Vehículo pueda tener cuando lo devuelva. Cada Vehículo devuelto estará libre de cualquier propiedad personal de usted, incluyendo toda anuncio, etiquetas, calcomanías o cualquier otra insignia fijada por usted, y será devuelto en la misma condición que dicho Vehículo le fue entregado a usted, con excepción de uso y desgaste ordinario. Si el Vehículo es devuelto con etiquetas, calcomanías, insignias y/o cualquier otro anuncio adherido al mismo, nosotros removeremos los mismos por cuenta y cargo de usted. El exceso de uso del Vehículo se determinará de acuerdo a las siguientes guías: el Vehículo estará bien mecánicamente, no le faltarán piezas, tendrá cinco llantas iguales con desgaste parejo (con al menos 25% de utilización restante), y no tendrá rayazos o abolladuras de más de una pulgada de largo o diámetro y no tendrá moho que no pueda ser removido, pintura dispareja en áreas que hayan sido re-pintadas, colores desvanecidos o identificaciones, rayazos de pintura, raspaduras o áreas con moho de más de una pulgada de largo o diámetro o series más pequeñas, el parabrisas delantero y trasero no estarán astillados, rajados, quebrados o rayados, no tendrá vidrios rotos o quebradas de ninguna forma, ventanillas que no funcionen o cuyo mecanismo esté inoperable, focos o luces telladas, rotas, cromio rayado o pelado o cualquier otro adorno metálico exterior con rayazos hasta el metal de más de una pulgada de largo, abolladoras que sean más de una pulgada de largo o diámetro, o un número de abolladoras más pequeñas en el mismo molde incluyendo los marcos de las luces delanteras y traseras, paneles rotos o dañados, abolladuras en los parachoques que midan más de una pulgada de largo o diámetro, asientos, espalderas de los asientos, alfombra, paneles de las puertas, tablero de instrumentos, techo interior quemados, dañados o rotos. Todos los gastos incurridos por nosotros en las reparaciones que sean necesarios debido al uso y desgaste excesivo de la Unidad, podrán ser cobrados a usted.

17. CESIÓN, SUB-ARRENDAMIENTO DEBIDO A QUE ESTE ARRENDAMIENTO LE FUE OTORGADO A USTED BASADO EN SU PROPIO CRÉDITO, USTED ACUERDA QUE USTED NO PODRÁ VENDER O CEDER (TRANSFERIR) SU INTERÉS BAJO ESTE ARRENDAMIENTO A NINGUNA OTRA PERSONA NI SUBARRENDAR EL Vehículo Usted acuerda que nosotros podemos ceder, signoras, hipotecar, transferir o de otra manera disponer, de todo o parte de nuestro interés en el Vehículo bajo este Arrendamiento a un nuevo dueño o parte asegurada en cualquier momento sin necesidad de notificación previa a usted, y dicho nuevo dueño o parte asegurada también podrá ceder sus derechos. De eso ocurrir, usted acuerda que el nuevo dueño o parte asegurada tendrá los mismos derechos que nosotros teníamos bajo este Arrendamiento, pero no tendrá que cumplir con ninguna de nuestras obligaciones (en cuyo caso, nosotros seguiremos siendo responsables por esas obligaciones). Usted acuerda que cualquier traspaso por nosotros no cambiará materialmente sus obligaciones bajo este Arrendamiento ni aumentará sustancialmente sus riesgos.

18. LUGAR PARA DEMANDAR Usted acuerda que (A) ESTE ARRENDAMIENTO SE REGIRÁ POR LAS LEYES DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO (Donde nosotros tenemos nuestra oficina principal y donde este Arrendamiento fue otorgado por nosotros), (B) USTED DA SU CONSENTIMIENTO A LA JURISDICCIÓN PERSONAL EN LOS TRIBUNALES DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, y (C) CUALQUIER DEMANDA QUE RESULTE DE ESTE ARRENDAMIENTO. NO IMPORTA QUIEN RADIQUE LA DEMANDA, TIENE QUE SER INSTADA SOLAMENTE EN LOS TRIBUNALES DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y EN NINGÚN OTRO SITIO, A MENOS QUE NOSOTROS ACORDEMOS POR ESCRITO O SELECCIONEMOS DE OTRA MANERA.

19. REPRESENTACIONES DEL ARRENDATARIO Usted nos representa que (a) usted tiene poder absoluto y está debidamente autorizado a otorgar este Arrendamiento, (b) el Arrendamiento es legal, válido, le obliga a usted, es exigible en su contra de acuerdo a sus términos, (c) toda información suministrada por usted y sus agentes (por ejemplo, el Suplidor) a nosotros, incluyendo toda información financiera, es verdadera, correcta y completa. USTED POR LA PRESENTE AUTORIZA A LA COMPAÑÍA ARRENDATARIA A COMPARTIR E INTERCAMBIAR CON CUALQUIERA DE SUS AFILIADAS INFORMACIÓN DE CRÉDITO Y OTRA QUE HA OBTENIDO DE USTED Y SU NEGOCIO

20. FACSÍMILES Y DOCUMENTOS EN COPIA Las partes tienen la intención y acuerdan que una copia digital, fotocopia o facsímil de este documento con sus firmas en el mismo será tratada como un original y tendrá tanta obligación, validez, genuino y auténtico como si fuere un documento con firma original para todo propósito, incluyendo toda materia de evidencia y las reglas de "mejor evidencia".

21. PAGO PREMATURO. Si usted no está en demora o en incumplimiento de acuerdo a este Arrendamiento y decide pre-pagar los restantes pagos de alquiler de este Arrendamiento antes del vencimiento del Término, usted nos pagará en dicho momento la cantidad de (1) El Valor al Presente del Arrendamiento, más cualquier otra cantidad al descubierto bajo el Arrendamiento, y (2) una compensación de un mes de renta o 5% del balance prepagado, lo que sea mayor

22. NOTIFICACIONES. Toda notificación bajo este Contrato de Arrendamiento será considerada suficiente si se da personalmente o es enviada a la parte concernida, a su respectiva dirección que dicha parte provea de tiempo en tiempo Cualquier notificación enviada a dicha dirección será efectiva cuando la misma sea depositada en el Correo de los Estados Unidos, debidamente dirigida y con el franqueo pre-pagado

23. MISCELÁNEAS. Ninguna disposición de este contrato de Arrendamiento podrá ser renunciada, excepto con nuestra autorización por escrito Usted nos suministrará resoluciones corporativas, opiniones de abogado, estados financieros, y cualquier otra documentación que de tiempo en tiempo le sea requerida por nosotros Si más de un arrendatario es nombrado en este contrato de Arrendamiento, la responsabilidad de todos será solidaria De nosotros solicitarlo, usted deberá otorgar cualquier documento que sea necesario para radicar o inscribir

24. NOTIFICACIÓN A AGENCIA: Usted nos autoriza, a requerimiento de Agencias Gubernamentales, a suministrarle a éstas, información lo financiera requerida, para propósitos de identificación suya, de la unidad arrendada, adjudicación y/o cobro de multas, o cualquier otro fin legal

25. OTROS TERMINOS IMPORTANTES: Ver sus documentos de arrendamientos y sus correspondientes anejos para información adicional sobre terminación prematura, opciones de compra, y responsabilidades de mantenimiento, garantías, cargos por mora e incumplimiento, seguro y cualquier garantía mobiliaria ("security interest"), si aplica

AL FIRMAR ESTE ARRENDAMIENTO USTED RECONOCE Y ACUERA QUE: (I) USTED HA TENIDO UNA OPORTUNIDAD DE DISCUTIR LOS TERMINOS Y CONDICIONES EN ESTE ARRENDAMIENTO CON NOSOTROS ANTES DE FIRMAR ESTE DOCUMENTO, (II) USTED HA LEÍDO Y ENTIENDE LOS TERMINOS Y CONDICIONES DE ESTE ARRENDAMIENTO, (III) ESTE ARRENDAMIENTO ES UN ARRENDAMIENTO NETO QUE NO PUEDE SER TERMINADO NI CANCELADO, (IV) USTED TIENE UNA OBLIGACIÓN INCONDICIONAL DE EFECTUAR LOS PAGOS VENCIDOS DE ACUERDO A ESTE ARRENDAMIENTO Y USTED NO PODRA RETENER, COMPENSAR O REBAJAR DICHOS PAGOS POR NINGUNA RAZÓN, (V) LA PERSONA ABAJO FIRMANTE ES UN OFICIAL CORPORATIVO, SOCIO, MIEMBRO O DUEÑO DE USTED Y ESTA AUTORIZADO A OTORGAR ESTE ARRENDAMIENTO Y OBLIGARLO, (VI) ESTE ARRENDAMIENTO CONTIENE EL ACUERDO COMPLETO ENTRE LAS PARTES Y NO HAY EN VIGOR NINGÚN OTRO ACUERDO VERBAL O ESCRITO; Y (VII) ESTE ARRENDAMIENTO NO PODRÁ SER ENMENDADO EXCEPTO POR UN ACUERDO ESCRITO FIRMADO POR AMBAS PARTES Y OBLIGARÁ A AMBAS PARTES, SUS SUCESORES Y CESIONARIOS

**ESTE NO ES UN CONTRATO DE VENTA AL POR MENOR A PLAZOS NI UN CONTRATO DE VENTA CONDICIONAL. SU CANCELACIÓN CONLLEVA PENALIDADES. NO OTORGUE ESTE CONTRATO SIN ANTES LEERLO O SI EL MISMO CONTIENE ESPACIOS EN BLANCO. USTED TIENE EL DERECHO A RETENER UNA COPIA DE ESTE CONTRATO Y DE SUS ANEJOS. USTED RECONOCE HABER RECIBIDO UNA COPIA DEL ORIGINAL DE ESTE CONTRATO DE ARRENDAMIENTO.**

Núm Ser __2015J1110530X0A__

ARRENDADOR:
POPULAR AUTO, INC.
_____
TESTIGO _____
FECHA __23 de abril de 2015__
ARRENDATARIO. __CELLSMART, INC__
POR: _____
TITULO _____
CO-FIRMANTE: _____
GARANTIZADOR: _____
FECHA __23 de abril de 2015__

PL74125