2015-04-28 00:30 TOPWHEEL            7879986777 >>                              P 1/1

# TopWheels
### CNG AUTO GROUP INC.

Carr. 167 Km. 15.3 Bo. Buena Vista Bayamón, PR 00960
Tels: (787) 799-6788 / (787) 998-6775 • Fax: (787) 998-6777
www.topwheelspr.com

**FACTURA** U-60117
PO# 161376

CASO # _____

| | |
|---|---|
| CLIENTE | Popular Auto |
| DIRECCION | Ave. Jesus T. Piñeiro Suite 1901 San Juan |
| TEL | (721) 247-4422 |
| FECHA DE LA ORDEN | 23 April 2015 |

**INFORMACION DEL EQUIPO**
- MARCA: Mercedez Benz
- AÑO: 2012
- MODELO: Sprinter
- COLOR: Blanco
- MILLAJE: 21K
- #SERIE: WDZPE8CC9C5636749
- TABLILLA: 905-111
- ESTILO: Passenger 2,500 Turbo Diesel
- CAMION / AUTOMOVIL: ☑ AUTOMOVIL
- NUEVO / USADO: ☑ USADO

**PRECIO UNIDAD**: $47,995.00

**VEHICULO USADO TOMADO A CAMBIO**
- MARCA:
- TABLILLA:
- AÑO-MODELO:
- MILLAJE:
- #SERIE:
- BALANCE ADEUDADO A:
- CREDITO POR CARRO USADO: $
- BALANCE ADEUDADO:
- CREDITO NETO:
- PAGO DE CONTADO:
- CREDITO A SU FAVOR:
- OTROS PAGOS:
- CREDITO TOTAL: $

**EQUIPO ADICIONAL / ACCESORIOS**
- GARANTIA EXTENDIDA:
- TABLILLA:
- TRAMITE DE DOCUMENTOS:
- PRECIO TOTAL: $
- CREDITO TOTAL: Activo  $8,000.00
- BALANCE A PAGAR: $39,995.00
- SEGURO:
- GAP:
- SEGURO DE VIDA:
- CARGOS POR FINANCIAMIENTO:
- BALANCE CONTRATO: $

**BALANCE CONTRATO A PAGARSE DE ACUERDO CON:**
- HIPOTECA BIENES MUEBLES / CONTRATO DE VENTA CONDICIONAL
- PARA SER SUSCRITO EN O ANTES DE LA ENTREGA: $
- EN ____ PLAZOS MENSUALES DE $
- EN ____ PLAZOS MENSUALES DE $

BANCO: Popular Auto   TERMINO: 72   INTERES:

### NOTA IMPORTANTE
Queda acordado por las partes que todo balance adeudado que a requerimiento del cliente fuera a pagarse a traves de un banco, la Casa esperará 5 días para recibir el pago o de lo contrario se financiará a través de nuestra compañia de financiamiento.

VENDEDOR: Angel O. Cardona

**OBSERVACIONES**

**VENTA PROVIENE DE (ESPECIFIQUE)**
☐ RADIO  ☐ PERIODICO  ☐ REFERIDO  ☐ OTROS

COMENTARIO: _____
PRONTO RECOGIDO ___ #RECIBO ___ INICIALES ___
OTROS PAGOS ___ #RECIBO ___ INICIALES ___

NOTA: La presente orden de compra constituirá el contrato de venta entre el comprador y el vendedor de vehículo de motor aqui estipulado... [fine print paragraph, largely illegible]

FIRMA GERENTE                                    FIRMA VENDEDOR

Banco