**POPULAR AUTO.**                                    Relevo de Responsabilidad
                                                     Proveedor

CELLSMART INC _____ (Arrendatario), por la presente reconoce que Popular Auto, LLC, adquirió un ____2012 SPRINTER MBNZ WDZPE8CC9C5636749____, conforme a las instrucciones de ____CELLSMART INC____ (Arrendatario). En referencia a esta transacción, ____CNG AUTO GROUP INC. DBA TOP WH____ (Proveedor) por la presente garantiza a ambos Popular Auto, LLC y ____CELLSMART INC____ (Arrendatario) que todos los arbitrios, impuestos o cualquier otra carga que pese sobre el vehículo arriba mencionado, han sido pagados y que ____CNG AUTO GROUP INC. DBA TOP WH____ (Proveedor) tiene título perfecto y absoluto sobre dicho vehículo, libre de todo gravamen, cargas o de cualquier otro defecto de título.

____CNG AUTO GROUP INC. DBA TOP WH____ (Proveedor) por la presente acuerda defender, indemnizar, salvar, proteger y en general relevar a Popular Auto, LLC y ____CELLSMART INC____ (Arrendatario), sus cesionarios, agentes y empleados, de toda reclamación, acción, procedimiento, gastos, daños, lesiones, responsabilidades o pérdidas de cualquier tipo o naturaleza, ya sea que estas resulten de la exclusiva negligencia del Arrendador o de otro modo e incluyendo, pero sin limitarse a, honorarios de abogados, costos y gastos de litigio, pagos de transacción y cantidades pagadas para satisfacer sentencias, que surjan de o resulten directa o indirectamente de o estén relacionados con las garantías aquí mencionadas.

PROVEEDOR:                                           ARRENDATARIO:

CNG AUTO GROUP INC. DBA TOP WH                       CELLSMART INC

Fecha: 23 de abril de 2015                           Fecha: 23 de abril de 2015

                                                     Núm. Sol. __20151111053000A__

PL74125