DTOP-664
Rev. 11/2001



**ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
DIRECTORÍA DE SERVICIOS AL CONDUCTOR**



## CERTIFICACIÓN SOBRE VEHÍCULO DE MOTOR

Yo, <u>Nordellie Torres Rodríguez</u>, Director, División de Servicios de la Directoría de Servicios al Conductor de este Departamento, Certifico:

De acuerdo con nuestro Sistema Computadorizado D.A.V.I.D., al momento de emitir esta certificación el vehículo de motor; marca **MERCEDES-BENZ**, modelo **2500**, año **2012**, vin **WDZPE8CC9C5636749**, tablilla **905-111**, número de registro **11197450**, se registró el **Desconocida**, en el Departamento a nombre de **JOSE ANTONIO FUENTES** con dirección **80 CALLE BARCELO , BARRANQUITAS , Puerto Rico, 00794-1722.**

Mediante información del historial en el sistema se realizaron las siguientes transacciones:

### Historial de Transacciones

| Fecha | Transacción | Modificación | Descripción |
|---|---|---|---|
| 6-jun-2014 | Gravamen | Vehículo Desaparecido | Cancelado |
| 20-may-2014 | Gravamen | Vehículo Desaparecido | Adjudicado |
| 30-oct-2013 | Nueva Casa Financiera | MBFS | Nueva Casa Financiera |
| 30-oct-2013 | Registro Inicial (Concesionario) | SISTEMA NO INDICA NOMBRE DUEÑO<br>SISTEMA NO INDICA NOMBRE DUEÑO | Nuevo Dueño<br>Dueño Anterior |

DTOP-664
Rev. 11/2001



**ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
DIRECTORÍA DE SERVICIOS AL CONDUCTOR**



## CERTIFICACIÓN SOBRE VEHÍCULO DE MOTOR

Casa Financiera: **MBFS**

Gravamen:   **NINGUNO**

Multa:   **NINGUNA**

Nota:

**GONZALO MONTALVO**

En testimonio de lo cual y a petición de expido la presente certificación, en San Juan, Puerto Rico, hoy **1** de **junio** de **2016**.

Director

16-06-78539-01/1   245/NTR/   **NúmRefCaso:**   Página 2 de 2

ADVERTENCIA: Cualquier alteración o borradura cancela ésta certificación. / WARNING: Any alteration or erasure voids this certification.