THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CNG AUTO GROUP, INC. d/b/a TOP WHEELS; ELONTO R. HERNANDEZ COLON; and JULISSA M. FUENTES RIVERA, <br><br> Defendants. | CIVIL NO. 15-1824 (JAG) <br><br> Breach of Contract, <br> Collection of Monies, <br> Repossession of Personal Property |

**THIRD INFORMATIVE MOTION
AND REQUEST FOR EXTENSION OF TIME**

TO THE HONORABLE COURT:

COMES NOW Plaintiff NextGear Capital, Inc. ("NextGear"), through the undersigned attorneys, and respectfully states and prays as follows:

1.      On October 24, 2014, Popular Auto, LLC ("Popular Auto") filed a Motion to Intervene (Docket No. 52).

2.      On November 22nd, NextGear requested an extension until today to respond to the same.

3.      While the parties have reached an agreement in principle, whereby Popular Auto would withdraw its intervention in this case, they need more time to finalize the agreement.  The undersigned are confident said agreement can be finalized within the next two weeks.

4.      Consequently, NextGear respectfully requests an extension of time of fourteen (14) days – until Friday, December 16th – to file a response to Docket No. 52, in the unlikely event that the referenced agreement should fall through.

WHEREFORE NextGear respectfully prays that the Honorable Court take note of the above and, pursuant to Local Rule 6, grant an extension of time up to and including December 16, 2016, to respond to Docket No. 52.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 2nd day of December, 2016.

**McConnell Valdés LLC**
*Attorneys for Plaintiff*
*NextGear Capital, Inc.*
270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel.: 787.250.5604
Fax: 787.759.2772
www.mcvpr.com

By: *s/ Antonio A. Arias*
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com

By: *s/ Sonia M. López del Valle*
Sonia M. López del Valle
USDC-PR No. 231413
sld@mcvpr.com