THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CNG AUTO GROUP, INC. d/b/a TOP WHEELS; ELONTO R. HERNANDEZ COLON;<br>and JULISSA M. FUENTES RIVERA,**<br><br>Defendants. | CIVIL NO. 15-1824 (JAG)<br><br>Breach of Contract,<br>Collection of Monies,<br>Repossession of Personal Property |

## MOTION TO WITHDRAW INTERVENTION

TO THE HONORABLE COURT:

**COMES NOW** the intervenor, Popular Auto, LLC ("Popular Auto"), through the undersigned attorneys, and respectfully states and prays as follows:

1. On October 24, 2016, Popular Auto filed a Motion to Intervene (**Docket No. 52**).

2. On December 28, 2016, NextGear and Popular Auto entered into a confidential agreement that moots Popular Auto's intervention in this case.

3. Consequently, Popular Auto hereby moves to withdraw its intervention with prejudice.

**WHEREFORE** Popular Auto respectfully prays that the Honorable Court take note of the above and grant Popular Auto's withdrawal with prejudice.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 18th day of January, 2017.

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsels to this case.

**BELLVER ESPINOSA LAW FIRM**
*Attorneys for Popular Auto LLC.*
Condominio El Centro I, Suite 80
500 Muñoz Rivera Ave.
San Juan, PR 00918
Tel/Fax (787) 946-5268

By: *s/ Alejandro Bellver Espinosa*
Alejandro Bellver Espinosa
USDC-PR No. 225708
alejandro@bellverlaw.com