AO 133    (Rev. 12/09) Bill of Costs

**EXHIBIT 2**

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| v. | ) | Case No.: |
|  | ) |  |
|  | ) |  |

JULISSA M. FUENTES RIVERA.

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                               *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................................... | $ _____ |
| Fees for service of summons and subpoena ................................................ | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | _____ |
| Fees and disbursements for printing ...................................................... | _____ |
| Fees for witnesses *(itemize on page two)* ................................................. | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................. | _____ |
| Docket fees under 28 U.S.C. 1923 ....................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals .......................................... | _____ |
| Compensation of court-appointed experts ................................................ | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs *(please itemize)* ............................................................ | _____ |
| TOTAL | $ _____ |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

| **Declaration** |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐    Electronic service        ☐    First class mail, postage prepaid

☐    Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____    Date: _____
     *Name of Claiming Party*

| **Taxation of Costs** |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
*Clerk of Court*                        *Deputy Clerk*                *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | **TOTAL** | | |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Billed and Unbilled Recap Of Cost Detail - [33283-0003 - COMMERCIAL COLLECTIONS]  Page 1
Client:33283 - NEXTGEAR CAPITAL, INC.    2/27/2017 4:32:25 PM

Case 3:15-cv-01824-JAG   Document 68-2   Filed 03/06/17   Page 3 of 5

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/29/2015 | 00247 | ANTONIO A. ARIAS LARCADA | EREP | 4.00 | 0.10 | 0.40 | REPRODUCTION CHARGES (4) E-COPIES (002 | 4330239 |
| 10/19/2015 | | Invoice=10265035 | | 4.00 | 0.10 | 0.40 | (06/29/15) (MVSCN10E). | |
| 07/31/2015 | 0FIRM | MCCONNELL VALDES TIMEK | UNB | 1.00 | 400.00 | 400.00 | PAYMENT TO U.S. DISTRICT COURT RE: F | 4343751 |
| 10/19/2015 | | Invoice=10265035 | | 1.00 | 400.00 | 400.00 | 06/17/15 AAA | |
| | | Voucher=346568 Paid | | | | | Vendor=BANCO POPULAR DE PUERTO RICO  Balance= .00  Amount= | |
| | | | | | | | 9213.00 | |
| | | | | | | | Check #102001  08/03/2015 | |
| 08/12/2015 | 01659 | MYRIAM RIVERA RAMOS | EREP | 3.00 | 0.10 | 0.30 | REPRODUCTION CHARGES (3) E-COPIES (01659) | 4351930 |
| 09/30/2015 | | Invoice=10263756 | | 3.00 | 0.10 | 0.30 | (08/12/15) (MVSCN10E). | |
| 08/12/2015 | 01659 | MYRIAM RIVERA RAMOS | EREP | 1.00 | 0.10 | 0.10 | REPRODUCTION CHARGES (1) E-COPIES (01659) | 4351931 |
| 09/30/2015 | | Invoice=10263756 | | 1.00 | 0.10 | 0.10 | (08/12/15) (MVSCN10E). | |
| 08/13/2015 | 01659 | MYRIAM RIVERA RAMOS | REP | 105.00 | 0.20 | 21.00 | REPRODUCTION CHARGES (105) COPIES (01659) | 4352480 |
| 09/30/2015 | | Invoice=10263756 | | 105.00 | 0.20 | 21.00 | (08/13/15) (MVLASER).^^MCV3308 | |
| 08/13/2015 | 01659 | MYRIAM RIVERA RAMOS | REP | 18.00 | 0.20 | 3.60 | REPRODUCTION CHARGES (18) COPIES (01659) | 4352481 |
| 09/30/2015 | | Invoice=10263756 | | 18.00 | 0.20 | 3.60 | (08/13/15) (MVLASER).^^MCV3308 | |
| 08/13/2015 | 04270 | SONIA M. LOPEZ-DEL VALLE | MSGR | 1.00 | 30.00 | 30.00 | DELIVERY CHARGES TO | 4355598 |
| 09/30/2015 | | Invoice=10263756 | | 1.00 | 30.00 | 30.00 | YMA GONZALES | |
| | | | | | | | AT CAMINO DEL MAR PLAZA MARINA CH14  TOA BAJA P | |
| | | | | | | | PR 00000 | |
| | | | | | | | ON 08/13/2015 REQUESTED BY SLD | |
| | | Voucher=347016 Paid | | | | | Vendor=KEVIN QUINONES RODRIGUEZ Y/O  Balance= .00  Amount= | |
| | | | | | | | 141.36 | |
| | | | | | | | Check #102279  08/21/2015 | |
| 10/20/2015 | 05100 | MICHELLE ALONSO SELVA | EREP | 6.00 | 0.10 | 0.60 | REPRODUCTION CHARGES (6) E-COPIES (05100) | 4394871 |
| 11/30/2015 | | Invoice=10266322 | | 6.00 | 0.10 | 0.60 | (10/20/15) (MVSCN10E). | |
| 10/27/2015 | 01659 | MYRIAM RIVERA RAMOS | REP | 6.00 | 0.20 | 1.20 | REPRODUCTION CHARGES (6) COPIES (01659) | 4389866 |
| 11/30/2015 | | Invoice=10266322 | | 6.00 | 0.20 | 1.20 | (10/27/15) (MVCFX10A). | |
| 10/28/2015 | 04270 | SONIA M. LOPEZ-DEL VALLE | POST | 1.00 | 47.15 | 47.15 | POSTAGE CHARGES | 4382733 |
| 11/30/2015 | | Invoice=10266322 | | 1.00 | 47.15 | 47.15 | EXTRAORDINARY POSTAGE FOR 5 PIECE(S). | |
| | | | | | | | (CERTIFIED, RETURN RECEIPT). | |
| 10/28/2015 | 0FIRM | MCCONNELL VALDES TIMEK | UNB | 1.00 | 170.00 | 170.00 | LEGAL ADS BY EL NUEVO DIA 10/28/15 A | 4383162 |
| 11/30/2015 | | Invoice=10266322 | | 1.00 | 170.00 | 170.00 | | |
| | | Voucher=348688 Paid | | | | | Vendor=GFR MEDIA LLC  Balance= .00  Amount= 170.00 | |
| | | | | | | | Check #104015  12/16/2015 | |
| 10/28/2015 | 0FIRM | MCCONNELL VALDES TIMEK | UNB | 1.00 | 179.78 | 179.78 | LEGAL ADS BY EL NUEVO DIA 10/28/15 A | 4383163 |
| 11/30/2015 | | Invoice=10266322 | | 1.00 | 179.78 | 179.78 | | |
| | | Voucher=348689 Paid | | | | | Vendor=GFR MEDIA LLC  Balance= .00  Amount= 179.78 | |
| | | | | | | | Check #104015  12/16/2015 | |
| 10/28/2015 | 0FIRM | MCCONNELL VALDES TIMEK | UNB | 1.00 | 203.65 | 203.65 | LEGAL ADS BY EL NUEVO DIA 10/28/15 A | 4383164 |
| 11/30/2015 | | Invoice=10266322 | | 1.00 | 203.65 | 203.65 | | |
| | | Voucher=348690 Paid | | | | | Vendor=GFR MEDIA LLC  Balance= .00  Amount= 203.65 | |
| | | | | | | | Check #104015  12/16/2015 | |
| 10/28/2015 | 01659 | MYRIAM RIVERA RAMOS | REP | 5.00 | 0.20 | 1.00 | REPRODUCTION CHARGES (5) COPIES (01659) | 4389867 |
| 11/30/2015 | | Invoice=10266322 | | 5.00 | 0.20 | 1.00 | (10/28/15) (MVCFX10A). | |
| 10/28/2015 | 05100 | MICHELLE ALONSO SELVA | REP | 122.00 | 0.20 | 24.40 | REPRODUCTION CHARGES (122) COPIES (05100) | 4389868 |
| 11/30/2015 | | Invoice=10266322 | | 122.00 | 0.20 | 24.40 | (10/28/15) (MVCFX10A). | |
| 10/28/2015 | 05100 | MICHELLE ALONSO SELVA | REP | 5.00 | 0.20 | 1.00 | REPRODUCTION CHARGES (5) COPIES (05100) | 4389869 |
| 11/30/2015 | | Invoice=10266322 | | 5.00 | 0.20 | 1.00 | (10/28/15) (MVCFX10A). | |
| 10/30/2015 | 0FIRM | MCCONNELL VALDES TIMEK | UNB | 1.00 | 100.00 | 100.00 | PROFESSIONAL SERVICES RENDERED BY J. | 4383208 |
| 11/30/2015 | | Invoice=10266322 | | 1.00 | 100.00 | 100.00 | ORTIZ FOR SERVICE OF PROCESS OF SUBPOENAS | |
| | | | | | | | 10/23/15 SLD/AAA | |
| | | Voucher=348721 Paid | | | | | Vendor=JOSE A. VELAZQUEZ ORTIZ  Balance= .00  Amount= 100.00 | |
| | | | | | | | Check #104020  12/16/2015 | |
| 11/13/2015 | 01659 | MYRIAM RIVERA RAMOS | EREP | 1.00 | 0.10 | 0.10 | REPRODUCTION CHARGES (1) E-COPIES (01659) | 4405220 |
| 12/31/2015 | | Invoice=10267094 | | 1.00 | 0.10 | 0.10 | (11/13/15) (MVSCN10A). | |
| 11/13/2015 | 01659 | MYRIAM RIVERA RAMOS | EREP | 15.00 | 0.10 | 1.50 | REPRODUCTION CHARGES (15) E-COPIES (01659) | 4405221 |
| 12/31/2015 | | Invoice=10267094 | | 15.00 | 0.10 | 1.50 | (11/13/15) (MVSCN10A). | |
| 11/28/2016 | 01659 | MYRIAM RIVERA RAMOS | REP | 8.00 | 0.20 | 1.60 | REPRODUCTION CHARGES (8) COPIES (01659) | 4591074 |

Billed and Unbilled Recap Of Cost Detail - [33283-0003 - COMMERCIAL COLLECTIONS]　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2
Client:33283 - NEXTGEAR CAPITAL, INC - 2/27/2017 4:32:25 PM

Case 3:15-cv-01824-JAG   Document 68-2   Filed 03/06/17   Page 4 of 5

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/31/2016 | | Invoice=10281600 | | 8.00 | 0.20 | 1.60 | (11/28/16) (MVCFX10A). | |
| 11/28/2016 | 01659 | MYRIAM RIVERA RAMOS | EREP | 2.00 | 0.10 | 0.20 | REPRODUCTION CHARGES (2) E-COPIES (01659) | 4591217 |
| 12/31/2016 | | Invoice=10281600 | | 2.00 | 0.10 | 0.20 | (11/28/16) (MVSCN10A). | |
| 11/28/2016 | 01659 | MYRIAM RIVERA RAMOS | EREP | 2.00 | 0.10 | 0.20 | REPRODUCTION CHARGES (2) E-COPIES (01659) | 4591218 |
| 12/31/2016 | | Invoice=10281600 | | 2.00 | 0.10 | 0.20 | (11/28/16) (MVSCN10A). | |
| 11/30/2016 | 0FIRM | MCCONNELL VALDES TIMEK | UNBD | 1.00 | 180.00 | 180.00 | INTERNAL REVENUE STAMPS FOR COURT F | 4592525 |
| 12/31/2016 | | Invoice=10281600 | | 1.00 | 180.00 | 180.00 | SLD | |
| | | Voucher=357159 Paid | | | | | Vendor=SECRETARY OF THE TREASURY - E-COLECTURIA  Balance= | |
| | | | | | | | .00  Amount= 79021.10 | |
| | | | | | | | Check #3627  12/08/2016 | |
| 12/02/2016 | 04270 | SONIA M. LOPEZ-DEL VALLE | MSGR | 1.00 | 20.00 | 20.00 | DELIVERY CHARGES TO TRIBUNAL DE BAYAMO | 4592517 |
| 01/26/2017 | | Invoice=10282646 | | 1.00 | 20.00 | 20.00 | BAYAMON   BAYAMON PUEBLO PR 00000  ON | |
| | | | | | | | 12/02/2016 REQUESTED BY SLD | |
| | | Voucher=357158 Paid | | | | | Vendor=KEVIN QUINONES RODRIGUEZ Y/O  Balance= .00  Amount= | |
| | | | | | | | 813.83 | |
| | | | | | | | Check #109166  12/02/2016 | |
| 12/12/2016 | 04270 | SONIA M. LOPEZ-DEL VALLE | MSGR | 1.00 | 24.00 | 24.00 | DELIVERY CHARGES TO TRIBUNAL DE BAYAMO | 4594289 |
| 01/26/2017 | | Invoice=10282646 | | 1.00 | 24.00 | 24.00 | BAYAMON PUEBLO PR 00000  ON 12/12/2016 | |
| | | | | | | | REQUESTED BY SLD | |
| | | Voucher=357533 Paid | | | | | Vendor=KEVIN QUINONES RODRIGUEZ Y/O  Balance= .00  Amount= | |
| | | | | | | | 218.25 | |
| | | | | | | | Check #109412  12/16/2016 | |
| 12/12/2016 | 01659 | MYRIAM RIVERA RAMOS | EREP | 2.00 | 0.10 | 0.20 | REPRODUCTION CHARGES (2) E-COPIES (01659) | 4595617 |
| 01/26/2017 | | Invoice=10282646 | | 2.00 | 0.10 | 0.20 | (12/12/16) (MVSCN10A). | |
| 12/12/2016 | 01659 | MYRIAM RIVERA RAMOS | EREP | 2.00 | 0.10 | 0.20 | REPRODUCTION CHARGES (2) E-COPIES (01659) | 4595618 |
| 01/26/2017 | | Invoice=10282646 | | 2.00 | 0.10 | 0.20 | (12/12/16) (MVSCN10A). | |
| 12/12/2016 | 01659 | MYRIAM RIVERA RAMOS | EREP | 2.00 | 0.10 | 0.20 | REPRODUCTION CHARGES (2) E-COPIES (01659) | 4595619 |
| 01/26/2017 | | Invoice=10282646 | | 2.00 | 0.10 | 0.20 | (12/12/16) (MVSCN10A). | |
| 12/12/2016 | 01659 | MYRIAM RIVERA RAMOS | EREP | 2.00 | 0.10 | 0.20 | REPRODUCTION CHARGES (2) E-COPIES (01659) | 4595620 |
| 01/26/2017 | | Invoice=10282646 | | 2.00 | 0.10 | 0.20 | (12/12/16) (MVSCN10A). | |
| 12/12/2016 | 01659 | MYRIAM RIVERA RAMOS | REP | 8.00 | 0.20 | 1.60 | REPRODUCTION CHARGES (8) COPIES (01659) | 4598726 |
| 01/26/2017 | | Invoice=10282646 | | 8.00 | 0.20 | 1.60 | (12/12/16) (MVCFX10A). | |
| 12/22/2016 | 01659 | MYRIAM RIVERA RAMOS | EREP | 4.00 | 0.10 | 0.40 | REPRODUCTION CHARGES (4) E-COPIES (01659) | 4601294 |
| 01/26/2017 | | Invoice=10282646 | | 4.00 | 0.10 | 0.40 | (12/22/16) (MVSCN10A). | |
| 12/22/2016 | 01659 | MYRIAM RIVERA RAMOS | EREP | 4.00 | 0.10 | 0.40 | REPRODUCTION CHARGES (4) E-COPIES (01659) | 4601295 |
| 01/26/2017 | | Invoice=10282646 | | 4.00 | 0.10 | 0.40 | (12/22/16) (MVSCN10A). | |
| 12/22/2016 | 01659 | MYRIAM RIVERA RAMOS | EREP | 2.00 | 0.10 | 0.20 | REPRODUCTION CHARGES (2) E-COPIES (01659) | 4601296 |
| 01/26/2017 | | Invoice=10282646 | | 2.00 | 0.10 | 0.20 | (12/22/16) (MVSCN10A). | |
| 12/22/2016 | 01659 | MYRIAM RIVERA RAMOS | EREP | 2.00 | 0.10 | 0.20 | REPRODUCTION CHARGES (2) E-COPIES (01659) | 4601297 |
| 01/26/2017 | | Invoice=10282646 | | 2.00 | 0.10 | 0.20 | (12/22/16) (MVSCN10A). | |
| 12/22/2016 | 01659 | MYRIAM RIVERA RAMOS | REP | 8.00 | 0.20 | 1.60 | REPRODUCTION CHARGES (8) COPIES (01659) | 4602627 |
| 01/26/2017 | | Invoice=10282646 | | 8.00 | 0.20 | 1.60 | (12/22/16) (MVCFX10A). | |
| 12/22/2016 | 04270 | SONIA M. LOPEZ-DEL VALLE | MSGR | 1.00 | 30.00 | 30.00 | DELIVERY CHARGES TO | 4603264 |
| 01/26/2017 | | Invoice=10282646 | | 1.00 | 30.00 | 30.00 | TRIBUNAL DE BAYAMON | |
| | | | | | | | AT SECRETARIA   BAYAMON PUEBLO PR 00000 | |
| | | | | | | | ON 12/22/2016 REQUESTED BY SLD | |
| | | Voucher=357722 Paid | | | | | Vendor=CAPO DELIVERY INC. Y/O CARLOS CAPO APONT  Balance= | |
| | | | | | | | .00  Amount= 304.58 | |
| | | | | | | | Check #109569  12/30/2016 | |
| 12/22/2016 | 04270 | SONIA M. LOPEZ-DEL VALLE | POST | 1.00 | 1.57 | 1.57 | POSTAGE CHARGES | 4605403 |
| 01/26/2017 | | Invoice=10282646 | | 1.00 | 1.57 | 1.57 | EXTRAORDINARY POSTAGE FOR 1 PIECE(S). | |
| 12/22/2016 | 04270 | SONIA M. LOPEZ-DEL VALLE | POST | 1.00 | 1.57 | 1.57 | POSTAGE CHARGES | 4605404 |
| 01/26/2017 | | Invoice=10282646 | | 1.00 | 1.57 | 1.57 | EXTRAORDINARY POSTAGE FOR 1 PIECE(S). | |
| 12/29/2016 | 04270 | SONIA M. LOPEZ-DEL VALLE | REP | 3.00 | 0.20 | 0.60 | REPRODUCTION CHARGES (3) COPIES (04270) | 4604539 |
| 01/26/2017 | | Invoice=10282646 | | 3.00 | 0.20 | 0.60 | (12/29/16) (MVCFX10A). | |
| 12/29/2016 | 04270 | SONIA M. LOPEZ-DEL VALLE | REP | 39.00 | 0.20 | 7.80 | REPRODUCTION CHARGES (39) COPIES (04270) | 4604540 |
| 01/26/2017 | | Invoice=10282646 | | 39.00 | 0.20 | 7.80 | (12/29/16) (MVPLU10E). | |

Billed and Unbilled Recap Of Cost Detail - [33283-0003 - COMMERCIAL COLLECTIONS]  Page 3
Client:33283 - NEXTGEAR CAPITAL, INC. 2/27/2017 4:32:25 PM

Case 3:15-cv-01824-JAG   Document 68-2   Filed 03/06/17   Page 5 of 5

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/29/2016 | 04270 | SONIA M. LOPEZ-DEL VALLE | MSGR | 1.00 | 5.00 | 5.00 | DELIVERY CHARGES TO | 4605678 |
| 01/26/2017 | | Invoice=10282646 | | 1.00 | 5.00 | 5.00 | ALEJANDRO BELIVER ESPINOSA | |
| | | | | | | | AT COND. EL CENTRO I  SUITE 801 500 AVENIDA MUÑ | |
| | | | | | | | ÑOZ RIVERA SAN JUAN PR | |
| | | | | | | | ON 12/29/2016 REQUESTED BY SLD | |
| | | Voucher=357812 Paid | | | | | Vendor=KEVIN QUINONES RODRIGUEZ Y/O  Balance= .00  Amount= | |
| | | | | | | | 195.94 | |
| | | | | | | | Check #109601  01/05/2017 | |
| | | | | | | | | |
| 01/16/2017 | 01659 | MYRIAM RIVERA RAMOS | EREP | 5.00 | 0.10 | 0.50 | REPRODUCTION CHARGES (5) E-COPIES (01659) | 4608666 |
| | | | | | | | (01/16/17) (MVSCN10A). | |
| | | | | | | | | |
| 01/16/2017 | 01659 | MYRIAM RIVERA RAMOS | REP | 6.00 | 0.20 | 1.20 | REPRODUCTION CHARGES (6) COPIES (01659) | 4612814 |
| | | | | | | | (01/16/17) (MVCFX10A). | |
| | | | | | | | | |
| 01/17/2017 | 04270 | SONIA M. LOPEZ-DEL VALLE | MSGR | 1.00 | 5.00 | 5.00 | DELIVERY CHARGES TO | 4613695 |
| | | | | | | | LCDO. ALEJANDRO BELLVER ESPINOSA, ES | |
| | | | | | | | AT COND EL CENTRO 1 SUITE 801 500 MUÑOZ RIVERA | |
| | | | | | | | AVE  SAN JUAN PR 00918 | |
| | | | | | | | ON 01/17/2017 REQUESTED BY SLD | |
| | | Voucher=358167 Paid | | | | | Vendor=KEVIN QUINONES RODRIGUEZ Y/O  Balance= .00  Amount= | |
| | | | | | | | 397.28 | |
| | | | | | | | Check #109913  01/20/2017 | |
| | | | | | | | | |
| 01/20/2017 | 01659 | MYRIAM RIVERA RAMOS | EREP | 4.00 | 0.10 | 0.40 | REPRODUCTION CHARGES (4) E-COPIES (01659) | 4615427 |
| | | | | | | | (01/20/17) (MVSCN10A). | |
| | | | | | | | | |
| 01/20/2017 | 01659 | MYRIAM RIVERA RAMOS | EREP | 3.00 | 0.10 | 0.30 | REPRODUCTION CHARGES (3) E-COPIES (01659) | 4615428 |
| | | | | | | | (01/20/17) (MVSCN10A). | |
| | | | | | | | | |
| | | UNBILLED TOTALS:   WORK: | | | | 7.40 | 5 records | |
| | | UNBILLED TOTALS:   BILL: | | | | 7.40 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 1,463.52 | 41 records | |
| | | BILLED TOTALS:    BILL: | | | | 1,463.52 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 1,470.92 | 46 records | |
| | | GRAND TOTAL:    BILL: | | | | 1,470.92 | | |